# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 1:23-CV-23223-RAR

Plaintiff:
**JAMES WEAREN & MOSES WIGGINS, individuals**

vs.

Defendant:
**X AUTO IMPORT and EXPORT CORP., a Florida Corporation,**

For:
Joshua Feygin
JOSHUA FEYGIN, PLLC
1930 HARRISON ST
#208F
HOLLYWOOD, FL 33020

Received by Caplan, Caplan & Caplan Process Servers on the 24th day of August, 2023 at 2:02 pm to be served on **X AUTO IMPORT AND EXPORT CORP. C/O RAYAN DAZA AS REGISTERED AGENT, 2951 CARAMBOLA CIRCLE S, COCONUT CREEK, FL 33066**

I, ALINA NUNEZ, do hereby affirm that on the **8th day of September, 2023** at **11:10 am, I:**

served a **CORPORATION, REGISTERED AGENT** by delivering a true copy of the **SUMMONS, CIVIL COVER SHEET, COMPLAINT FOR DAMAGES AND INCIDENTAL RELIEF, AND EXHIBITS** with the date and hour of service endorsed thereon by me, to: **RAYAN DAZA** as **REGISTERED AGENT** at the address of: **9937 NW 27TH AVENUE, MIAMI, FL 33147** on behalf of **X AUTO IMPORT AND EXPORT CORP. C/O RAYAN DAZA AS REGISTERED AGENT**, and informed said person of the contents therein, in compliance with Florida State Statute 48.091.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing Return of Service and that the facts stated in it are true and correct. No notary is required pursuant FS 92.525(2) and 28 USC Section 1746.

_____
**ALINA NUNEZ**
2320

Caplan, Caplan & Caplan Process Servers
12505 Orange Drive
Suite 907
Davie, FL 33330
**(305) 374-3426**

Our Job Serial Number: CPN-2023031858
Service Fee: _____

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

31

| | |
|---|---|
| JAMES WEAREN,<br>MOSES WIGGINS,<br>Individuals,<br><br>*Plaintiff(s)*<br>v.<br>X AUTO IMPORT AND EXPORT CORP.,<br>a Florida Corporation, et al.,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.1:23-cv-23223-RAR<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

DELIVERED 9/8/2023 11:10 AM
SERVER AN
LICENSE 2320

To: *(Defendant's name and address)* X AUTO IMPORT AND EXPORT CORP.
C/O Its Registered Agent:
Daza, Rayan
2951 Carambola Circle S
Coconut Creek, FL 33066

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: SUE YOUR DEALER - A LAW FIRM
1930 HARRISON STREET
SUITE 208 F
HOLLYWOOD, FL 33020
P: 954.228.5674
F: 954.697.0357

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Aug 23, 2023

Angela E. Noble
Clerk of Court

s/ W. Cendejas
Deputy Clerk
U.S. District Courts

31858