**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:23-cv-23223**

JAMES WEAREN and
MOSES WIGGINS
Individuals,

      Plaintiffs,

v.

X AUTO IMPORT AND EXPORT CORP.,
a Florida corporation, and
RAYAN DAZA, an individual,
CFS OF SOUTH FLORIDA L.L.C., A
Florida Limited Liability Company,

      Defendants.

_____/

## DEFENDANT'S MOTION TO COMPEL ARBITRATION, OR IN THE ALTERNATIVE, TO DISMISS PLAINTIFFS' COMPLAINT,

      COMES NOW, Defendants, X AUTO IMPORT AND EXPORT CORP., a Florida corporation and RAYAN DAZA, an individual, (hereinafter, "Defendants"), by and through the undersigned counsel, hereby move to (a) to compel arbitration, or (b) alternatively, dismiss the Complaint in its entirety pursuant to Fed. R. Civ. P. 41(b) and in support of state as follows:

### FACTS

      1.     On or about February 21, 2023, Defendant, X AUTO IMPORT AND EXPORT CORP. sold a used vehicle (2014 GMC Acadia VIN# 1GKKRNED8EJ342700) ("Subject Vehicle") to Plaintiffs pursuant to a Retail Installment Contract (the "Contract"). *A true and correct copy of the Contract is attached hereto as **Exhibit A**.*

      2.     The Contract was only attached in part to Plaintiff's Complaint. [1]

---

[1] The page containing the arbitration provision was conspicuously left out of Plaintiff's exhibit attachment to the Complaint.

3.      The Contract contains an arbitration provision, ("Arbitration Provision"), which makes any claim or dispute between Plaintiff and Defendants, X AUTO IMPORT AND EXPORT CORP. and its owner, RAYAN DAZA subject to arbitration. *See* Exhibit A, at page 5.

4.      Specifically, the arbitration provision reads:

"Arbitration Provision. PLEASE READ CAREFULLY! By agreeing to this arbitration provision you are giving up your right to go to court for claims and disputes arising from this Contract:

- EITHER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN YOU AND US DECIDED BY ARBITRATION, AND NOT BY A COURT OR BY JURY TRIAL.

- YOU GIVE UP ANY RIGHT THAT YOU MAY HAVE TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMEBRE IN ANY CLASS ACTION OR CLASS ARBITRATION AGAINST US IF A DISPUTE IS ARBITRATED.

- IN ARBITRATION, DISCOVERY AND RIGHTS TO APPEAL ARE GENERALLY MORE LIMITED THAN IN A JUDICIAL PROCEEDING AND OTHER RIGHTS THAT YOU WOULD HAVE IN COURT MAY NOT BE AVAILABLE."

5.      However, on or around August 23, 2023, Plaintiffs filed the present complaint, ("Complaint"), from which this case arises. *A true and correct copy of the Complaint is attached hereto as **Exhibit B***.

6.      Thus, Plaintiffs have initiated an action in civil court in direct defiance of the mandatory Arbitration Provision in the Contract which makes plain that an action or claim of this nature is strictly subject to arbitration.

7.      Defendants hereby move that Plaintiffs be compelled to arbitrate their claims, or in the alternative, that this action be dismissed.

## MEMORANDUM OF LAW

### I.      The Florida Arbitration Code Applies

In determining whether to compel a plaintiff's claims to arbitration, a court is limited under the Florida Arbitration Code, ("FAC") to three factors: (1) whether the arbitration provision is valid and binding; (2) whether the claims fall within the scope of the arbitration provision; and (3) whether the right to arbitration has been waived. *Shotts v. OP Winter Haven, Inc.*, 86 So. 3d 456, 464 (Fla. 2012). Under long-settled U.S. Supreme Court precedent, a court's analysis of these factors must be made in view of the strong policy favoring arbitration. *See Mitsubishi Motors Corp. v. Soler Chrysler-Plymouth, Inc.*, 473 U.S. 614, 626 (1985); *Gilmer v. Interstate/Johnson Lane Corp.*, 500 U.S. 20, 23 (1991).

Here, the facts and circumstances clearly satisfy the elements required to compel Plaintiffs to arbitrate their claims under the Contract and Arbitration Provision, and thus, the Court should grant this motion and compel arbitration of Plaintiffs' claims.

### a.   The Arbitration Provision is Valid and Binding.

To determine whether the parties have entered into a valid written agreement to arbitrate, courts apply generally accepted state-law principles governing the formation of contracts. *Caley v. Gulfstream Aerospace Corp.*, 428 F. 3d 1359, 1367 (11th Cir. 2005).  A party challenging an arbitration agreement bears the heavy burden of showing that it is unenforceable, and "doubts

concerning the scope of arbitrable issues should be resolved in favor of arbitration, whether the problem at hand is the construction of the contract language itself, or an allegation of waiver, delay, or a like defense to arbitrability." *See Moses H. Cone Mem'l Hosp. v. Mercury Const. Corp.*, 460 U.S. 1, 24-25 (1983).

Here, the Contract, which contains the Arbitration Provision, is expressly governed by Florida law. *See* Exhibit A, at page 4. Therefore, Florida law applies to the Arbitration Provision. Additionally, Plaintiffs claims arise from and relate to the Contract, which is a contract in writing, executed by the parties, and that is in conformance with Florida law, and is there are no challenges or doubts as to the validity of the Contract containing the Arbitration Provision. Plaintiffs' claims are therefore subject to arbitration.

### b.   Plaintiff's Claims are Within the Scope of the Arbitration Provision.

Both the U.S. Supreme Court and Florida courts have explained that when a contract contains an arbitration clause, "there is a presumption of arbitrability in the sense that '[a]n order to arbitrate the particular grievance should not be denied unless it may be said with positive assurance that the arbitration clause is not susceptible of an interpretation that covers the asserted dispute.' Doubts should be resolved in favor of coverage." AT&T Techs., Inc v. Comms. Workers of Am., 475 U.S. 643, 650 (1986).

Here, the Arbitration Provision defines a "claim" to mean "any claim, dispute, or controversy between you (Plaintiffs) and us (Defendants) or our employees, agent, successors, assigns, or affiliates arising from or relating to:

1. The credit application;

2. The purchase of the Property;

3. The condition of the Property;

4. This Contract;

5. Any insurance, maintenance, service, or other contracts you purchased in connection with this Contract; or

6. Any related transaction, occurrence, or relationship."

*See* Exhibit A, at page 4. The Arbitration provision further adds that this includes "any Claim based on common or constitutional law, ***contract, tort, statute, regulation***, or other ground." *See id*. Thus, the claims brought by Plaintiffs in this action regarding the odometer reading on the Subject Vehicle are all clearly covered by the scope of the broad Arbitration Provision in the Contract, since it relates to the condition of the "Property," here being the Subject Vehicle, and/or the maintenance of the Subject Vehicle. *See* Exhibit B. The Federal Odometer Act, FDUPTA, fraud, warranty, and revocation claims brought both against the dealership and its owner in this case are all explicitly covered by the Arbitration Provision's specific references to contract, tort, statute, regulation, or other ground.

### c. Defendants Have Not Waived Their Right to Arbitrate.

This Motion represents Defendants' first and only substantive Court filing in this matter. Defendants' only other filing in this matter was a notice of appearance from undersigned counsel. In addition, Defendants have not served or received any written discovery or arrangement for depositions. In order words, Defendants have timely and expeditiously moved to compel Plaintiffs to arbitrate their claims, and Defendants have never evinced an intent inconsistent with the arbitration of her claims or "invoked the litigation machinery." *S & H Contractors, Inc., v. A.J. Taft Coal Co., Inc.*, 906 F. 2d 1507, 1514 (11th Cir. 1990); *Krinsk v. SunTrust Banks, Inc.*, 654 F. 3d 1194, 1204 (11th Cir. 2011). Additionally, Plaintiffs will not suffer any prejudice by being compelled to arbitrate their claims, which they agreed to do by virtue of entering into the Contract

containing the Arbitration Provision. *See Citibank N.A. v. Stok & Assoc. P.A.*, 387 Fed. App'x 921, 924-25 (11th Cir. 2010). Thus, Defendants have not waived their right to demand arbitration on Plaintiffs' claims.

## II.   The Complaint Must Be Dismissed.

Should the Court not compel arbitration despite the mandatory and enforeable arbitration provision provided in the complete Contract that Plaintiffs attached to the Complaint, then, in the alternative, the Complaint must be dismissed for deficiencies that fail to state a viable claim.

### a.  Incomplete Contract.

The Plaintiffs' Complaint relies wholly on a retail installment sales contract, of which an allegedly "true and correct copy" of is attached to such Complaint. *See* Exhibit B at ¶20. However, the retail installment sales contract that was attached to the Complaint by Plaintiffs does not reflect the entirety of the terms of the actual "Retail Installment Sales Contract" which was executed between Plaintiffs and Defendants. *See* Exhibit A. Specifically, the contract that was offered by Plaintiffs in support of the entirety of their Complaint includes only two (2) of the six (6) pages that make up the actual Contract which was executed between Plaintiffs and Defendants. ***See Exhibit A***. The complete Contract includes the Arbitration Provision which would bar the exact action that was filed and commenced by Plaintiffs. ***See Exhibit A***

Accordingly, the allegations of breach erroneously raised by Plaintiffs are not supported by the Contract executed by Plaintiffs and Defendants (or any other enforceable agreement executed by the parties to this action), nor would any of Plaintiffs' allegations of breach of the supposed retail installment contract, or "RISC", as referenced in the Complaint, be supported by the application of the Plaintiffs' own facts to the letter of the Contract at issue. ***See Exhibit A***.

Thus, Plaintiffs have failed to state a claim for breach of contract by suing on only the incomplete terms offered by Plaintiff from the Contract.

WHEREFORE, Defendants, X AUTO IMPORT AND EXPORT CORP., a Florida corporation and RAYAN DAZA, an individual, respectfully request that this Court issue an order compelling arbitration for the instant dispute, or, in the alternative, issue an order dismissing Plaintiffs' Complaint in its entirety, and grant any such further relief as the Court deems just and proper.

Dated this 28th day of September 2023.

Respectfully submitted,

EPGD ATTORNEYS AT LAW, P.A.
*Attorneys for Defendants, X AUTO IMPORT AND EXPORT AND RAYAN DAZA*
777 SW 37th Ave. Ste. 510
Miami, FL 33135
T: (786) 837-6787  F: (305) 718-0687
oscar@epgdlaw.com

BY:  /s/ *Oscar A. Gomez*
OSCAR A. GOMEZ ESQ.
Florida Bar No.: 058680

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished on this 28th day of September 2023, via the Florida Courts e-service portal to all counsel of record.

BY:  /s/ *Oscar A. Gomez*
OSCAR A. GOMEZ ESQ.
Florida Bar No.: 058680

# Exhibit "A"

FL-103-ARB 10/31/2010

# Retail Installment Contract and Security Agreement

| Seller Name and Address | Buyer(s) Name(s) and Address(es) | Summary | |
|---|---|---|---|
| X AUTO IMPORT AND EXPORT CORP 9937 NW 27th Ave Miami, FL 33147 | Wearen James Henry.Jr 10765 SW 147th St MIAMI, FL 33176 Wiggins Moises Jermaine 10765 SW 147th St Miami, FL 33176 | No. | 1744 |
| | | Date | 2/21/2023 |
| | Buyers' Month of Birth   November   November | | |

☐ Business, commercial or agricultural purpose Contract.

**Documentary Stamp Tax.** Florida documentary stamp tax required by law in the amount of $ _____39.55_ has been paid or will be paid directly to the Florida Department of Revenue. Certificate of Registration No. _____

## Truth-In-Lending Disclosure

| Annual Percentage Rate The cost of your credit as a yearly rate. | Finance Charge The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid when you have made all scheduled payments. | Total Sale Price The total cost of your purchase on credit, including your down payment of |
|---|---|---|---|---|
| 26.00 % | $ 6368.20 | $ 11300.00 | $ 17668.20 | $ 2000.00 $ 19668.20 |

**Payment Schedule.** Your payment schedule is:

| No. of Payments | Amount of Payments | When Payments are Due |
|---|---|---|
| | $ | |
| 44 | $ 401.55 | Monthly, Beginning 03/23/23 |
| | $ | |

**Security.** You are giving us a security interest in the Property purchased.

**Late Charge.** If all or any portion of a payment is not paid within 10 days of its due date, you will be charged a late charge of 5% of the unpaid amount of the payment due.

**Prepayment.** If you pay off this Contract early, you may have to pay a penalty.

**Contract Provisions.** You can see the terms of this Contract for any additional information about nonpayment, default, any required repayment before the scheduled date, and prepayment refunds and penalties.

## Description of Property

| Year | Make | Model | Style | Vehicle Identification Number | Odometer Mileage |
|---|---|---|---|---|---|
| 2014 | GMC | Acadia | SUV | 1GKKRNED8EJ342700 | 90986 |

☐ New
☒ Used
☐ Demo

Other:

## Description of Trade-In

N/A

## Conditional Delivery

☐ **Conditional Delivery.** If checked, you agree that the following agreement regarding securing financing ("*Agreement*") applies:

_____ . The Agreement is part of this Contract. The Agreement will no longer control after the assignment is accepted. If there are any conflicts between the terms of the Agreement and the Contract, the terms of this Contract will apply.

## Sales Agreement

**Payment.** You promise to pay us the principal amount of
$ 11300.00 _____ plus finance charges accruing on the unpaid balance at the rate of _____26.00_ % per year from the date of this Contract until paid in full. Finance charges accrue on a 365 _____ day basis. You agree to pay this Contract according to the payment schedule and late charge provisions shown in the *Truth-In-Lending Disclosure*. You also agree to pay any additional amounts according to the terms and conditions of this Contract.

**Down Payment.** You also agree to pay or apply to the Cash Price, on or before the date of this Contract, any cash, rebate and net trade-in value described in the *Itemization of Amount Financed*.

☐ You agree to make deferred down payments as set forth in your Payment Schedule.

☐ **Loan Processing Fee.** You agree to pay a loan processing fee of

$ N/A _____ that will be ☐ paid in cash. ☐ financed over the term of the Contract.

☒ **Pre-delivery Service Fee.** You agree to pay a pre-delivery service fee of

$ 695.00 _____ that will be ☐ paid in cash. ☒ financed over the term of the Contract. This charge represents costs and profit to the dealer for items such as inspecting, cleaning, and adjusting vehicles, and preparing documents related to the sale.

☐ **Minimum Finance Charge.** You agree to pay a minimum finance charge of

$ N/A _____ if you pay this Contract in full before we have earned that much in finance charges.

## Itemization of Amount Financed

| | | |
|---|---|---|
| a. Price of Vehicle, etc. (incl. sales tax of | | |
| $ 807.65 ) | $ | 11451.45 |
| b. Pre-delivery service fee | $ | 695.00 |
| c. **Cash Price** (a+b) | $ | 12146.45 |
| d. Trade-in allowance | $ | N/A |
| e. Less: Amount owing, paid to (includes m): | | |
| _____ | $ | N/A |
| f. Net trade-in (d-e: if negative, enter $0 here and enter the amount on line m) | $ | N/A |
| g. Cash payment | $ | 2000.00 |
| h. Manufacturer's rebate | $ | N/A |
| i. Deferred down payment | $ | N/A |
| j. Other down payment (describe) | | |
| _____ | $ | N/A |
| k. **Down Payment** (f+g+h+i+j) | $ | 2000.00 |
| l. **Unpaid balance of Cash Price** (c-k) | $ | 10146.45 |
| m. Financed trade-in balance (see line f) | $ | N/A |
| n. Paid to public officials, including filing fees | $ | 120.00 |
| o. Insurance premiums paid to insurance company(ies) (See *Insurance Disclosures* section for coverage and benefits types.) | $ | N/A |
| p. Service Contract, paid to: | | |
| _____ | $ | N/A |
| q. _____ | $ | 795.00 |
| r. Documentary Stamp Tax | $ | 39.55 |
| s. Electronic Filing Fee | $ | 199.00 |
| t. _____ | $ | N/A |
| u. _____ | $ | N/A |
| v. _____ | $ | N/A |
| w. _____ | $ | |
| x. **Total Other Charges/Amts Paid** (m thru w) | $ | 1153.55 |
| y. Prepaid Finance Charge | $ | N/A |
| z. **Amount Financed** (l+x-y) | $ | 11300.00 |

We may retain or receive a portion of any amounts paid to others.

---

### Insurance Disclosures

**Credit Insurance.** Credit life and credit disability (accident and health) are not required to obtain credit and are not a factor in the credit decision. We will not provide them unless you sign and agree to pay the additional premium. If you want such insurance, we will obtain it for you (if you qualify for coverage). We are quoting below **only** the coverages you have chosen to purchase.

**Credit Life**

☐ Single ☐ Joint ☐ None

Premium $ N/A _____ Term N/A _____

Insured _____

**Credit Disability**

☐ Single ☐ Joint ☐ None

Premium $ N/A _____ Term N/A _____

Insured _____

Your signature below means you want (only) the insurance coverage(s) quoted above. If "None" is checked, you have declined the coverage we offered.

By: _____ DOB _____

By: _____ DOB _____

By: _____ DOB _____

**Property Insurance.** You must insure the Property. You may purchase or provide the insurance through any insurance company reasonably acceptable to us. The collision coverage deductible may not exceed $ N/A _____. If you get insurance from or through us you will pay $ N/A _____ for 0 months _____ of coverage.

This premium is calculated as follows:

☐ $ N/A _____ Deductible, Collision Cov. $ N/A _____

☐ $ N/A _____ Deductible, Comprehensive $ N/A _____

☐ Fire-Theft and Combined Additional Cov. $ N/A _____

☐ _____ $ N/A _____

LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS IS NOT INCLUDED UNLESS CHECKED AND INDICATED.

*[This area intentionally left blank.]*

---

☐ **Single-Interest Insurance.** You must purchase single-interest insurance. The coverage may be obtained from a company of your choice, reasonably acceptable to us. If you buy the coverage from or through us, you will pay

$ N/A _____ for _____ of coverage. This insurance is solely for the interest of the Seller, its successors and assigns, and no protection exists for your benefit. You authorize us to purchase Single-Interest Insurance.

_____ 2/21/2023
By: _____ Date

_____ 2/21/2023
By: _____ Date

_____
By: _____ Date

### Rejection of Arbitration

Checking the following box will not affect the terms under which we will finance and sell the Property or any of the terms of this Contract, except that the arbitration provision will not be a part of this Contract:

☐ You reject the arbitration provision of this Contract.

[This area intentionally left blank.]

### Additional Protections

You may buy any of the following voluntary protection plans. They are not required to obtain credit, are not a factor in the credit decision, and are not a factor in the terms of the credit or the related sale of the Vehicle. The voluntary protections will not be provided unless you sign and agree to pay the additional cost.

Your signature below means that you want the described item and that you have received and reviewed a copy of the contract(s) for the product(s). If no coverage or charge is given for an item, you have declined any such coverage we offered.

☐ Service Contract
Term _____
Price $ N/A _____
Coverage _____

☒ Gap Waiver or Gap Coverage
Term _____
Price $ 795.00 _____
Coverage _____

☐
Term _____
Price $ _____
Coverage _____

_James Weaver_____ 2/21/2023
By: _____ Date

_Wess Wiggins_____ 2/21/2023
By: _____ Date

_____
By: _____ Date

### Additional Terms of the Sales Agreement

**Definitions.** *"Contract"* refers to this Retail Installment Contract and Security Agreement. The pronouns *"you"* and *"your"* refer to each Buyer signing this Contract, and any guarantors, jointly and individually. The pronouns *"we"*, *"us"* and *"our"* refer to the Seller and any entity to which it may transfer this Contract. *"Vehicle"* means each motor vehicle described in the *Description of Property* section. *"Property"* means the Vehicle and all other property described in the *Description of Property* and *Additional Protections* sections.

**Purchase of Property.** You agree to purchase the Property from us, subject to the terms and conditions of this Contract. Seller will not make any repairs or additions to the Vehicle except as noted in the *Description of Property* section.

You have been given the opportunity to purchase the Property and described services for the Cash Price or the Total Sale Price. The *"Total Sale Price"* is the total price of the Property if you buy it over time.

**Deferment.** We may agree to defer the scheduled due date of all or any part of any installment payment, and will collect a $15.00 fee for such deferment. You must maintain the insurance on the Property required by this Contract during any deferment period. You may extend any optional insurance you bought with this Contract if the insurance company or your insurance contract allows the extension and if you pay the extension charge. In addition to the $15.00 deferment fee and the costs of extending required or optional insurance, you will also be required to pay additional finance charges as a result of exercising the deferment option.

**General Terms.** The Total Sale Price shown in the *Truth-In-Lending Disclosure* assumes that all payments will be made as scheduled. The actual amount you will pay will be more if you pay late and less if you pay early.

We do not intend to charge or collect, and you do not agree to pay, any finance charge or fee that is more than the maximum amount permitted for this sale by state or federal law. If you pay a finance charge or fee that exceeds that maximum amount, we will first apply the excess amount to reduce the principal balance and, when the principal has been paid in full, refund any remaining amount to you.

You understand and agree that some payments to third parties as a part of this Contract may involve money retained by us or paid back to us as commissions or other remuneration.

You agree that the Property will not be used as a dwelling.

**Prepayment.** You may prepay this Contract in full or in part at any time. We may impose an acquisition charge of $75.00 for services performed in processing this Contract if it is paid in full within 6 months after the Contract's effective date. Any partial prepayment will not excuse any later scheduled payments. If we get a refund of any unearned insurance premiums that you paid, you agree that we may subtract the refund from the amount you owe, unless otherwise provided by law.

**Returned Payment Charge.** If you make any payment required by this Contract that is returned or dishonored, you agree to pay a fee of 5% of the face amount of the instrument, or the fee specified in Fla. Stat. § 832.08 (5), whichever is greater. The fees provided for in Fla. Stat. § 832.08 (5) are: $25.00, if the face value of the check does not exceed $50.00; $30.00 if the face value exceeds $50.00 but does not exceed $300.00; $40.00 if the face value exceeds $300.00.

**Governing Law and Interpretation.** This Contract is governed by the law of Florida and applicable federal law and regulations.

If any section or provision of this Contract is not enforceable, the other terms will remain part of this Contract. You authorize us to correct any clerical error or omissions in this Contract or in any related document.

**Name and Location.** Your name and address set forth in this Contract are your exact legal name and your principal residence. You will provide us with at least 30 days notice before you change your name or principal residence.

**Telephone Monitoring and Calling.** From time to time you agree we may monitor and record telephone calls made or received by us or our agents regarding your account to assure the quality of our service. In order for us to service the account or to collect any amounts you may owe, and subject to applicable law, you agree that we may from time to time make calls and send text messages to you using prerecorded/artificial voice messages or through the use of an automatic dialing device at any telephone number you provide to us in connection with your account, including a mobile telephone number that could result in charges to you.

**Default.** You will be in default on this Contract if any one of the following occurs (except as prohibited by law):

- You fail to perform any obligation that you have undertaken in this Contract.
- We, in good faith, believe that you cannot, or will not, pay or perform the obligations you have agreed to in this Contract.

If you default, you agree to pay our court costs and fees for repossession, repair, storage and sale of the Property securing this Contract. You also agree to pay reasonable attorneys' fees after default and referral to an attorney not a salaried employee of ours.

If an event of default occurs as to any of you, we may exercise our remedies against any or all of you.

**Remedies.** If you are in default on this Contract, we have all of the remedies provided by law and this Contract. Those remedies include:

- We may require you to immediately pay us, subject to any refund required by law, the remaining unpaid balance of the amount financed, finance charges and all other agreed charges.
- We may pay taxes, assessments, or other liens or make repairs to the Property if you have not done so. We are not required to do so. We will repay us that amount immediately. That amount will earn finance charges from the date we pay it at the post-maturity rate described in the *Payment* section until paid in full.
- We may require you to make the Property available to us at a place we designate that is reasonably convenient to you and us.
- We may immediately take possession of the Property by legal process or self-help, but in doing so we may not breach the peace or unlawfully enter onto your premises.
- We may then sell the Property and apply what we receive as provided by law to our reasonable expenses and then toward what you owe us.

- Except when prohibited by law, we may sue you for additional amounts if the proceeds of a sale do not pay all of the amounts you owe us.

By choosing any one or more of these remedies, we do not give up our right to later use another remedy. By deciding not to use any remedy, we do not give up our right to consider the event a default if it happens again.

You agree that if any notice is required to be given to you of an intended sale or transfer of the Property, notice is reasonable if mailed to your last known address, as reflected in our records, at least 10 days before the date of the intended sale or transfer (or such other period of time as is required by law).

You agree that we may take possession of personal property left in or on the Property securing this Contract and taken into possession as provided above. You may have a right to recover that property.

If the Property has an electronic tracking device, you agree that we may use the device to find the vehicle.

**Obligations Independent.** Each person who signs this Contract agrees to pay this Contract according to its terms. This means the following:

- You must pay this Contract even if someone else has also signed it.
- We may release any co-buyer or guarantor and you will still be obligated to pay this Contract.
- We may release any security and you will still be obligated to pay this Contract.
- If we give up any of our rights, it will not affect your duty to pay this Contract.
- If we extend new credit or renew this Contract, it will not affect your duty to pay this Contract.

**Warranty.** Warranty information is provided to you separately.

## Security Agreement

**Security.** To secure your payment and performance under the terms of this Contract, you give us a security interest in the Vehicle, all accessions, attachments, accessories, and equipment placed in or on the Vehicle and in all other Property. You also assign to us and give us a security interest in proceeds and premium refunds of any insurance and service contracts purchased with this Contract.

**Duties Toward Property.** By giving us a security interest in the Property, you represent and agree to the following:

- You will defend our interests in the Property against claims made by anyone else. You will keep our claim to the Property ahead of the claim of anyone else. You will not do anything to change our interest in the Property.
- You will keep the Property in your possession and in good condition and repair. You will use the Property for its intended and lawful purposes.
- You agree not to remove the Property from the U.S. without our prior written consent.
- You will not attempt to sell the Property, transfer any rights in the Property, or grant another lien on the Property without our prior written consent.
- You will pay all taxes and assessments on the Property as they become due.
- You will notify us with reasonable promptness of any loss or damage to the Property.
- You will provide us reasonable access to the Property for the purpose of inspection. Our entry and inspection must be accomplished lawfully, and without breaching the peace.

**Agreement to Provide Insurance.** You agree to provide property insurance on the Property protecting against loss and physical damage and subject to a maximum deductible amount indicated in the *Insurance Disclosures* section, or as we will otherwise require. You will name us as loss payee on any such policy. Generally, the loss payee is the one to be paid the policy benefits in case of loss or damage to the Property. In the event of loss or damage to the Property, we may require additional security or assurances of payment before we allow insurance proceeds to be used to repair or replace the Property. You agree that if the insurance proceeds do not cover the amounts you still owe us, you will pay the difference. You may purchase or provide the insurance from any insurance provider that is reasonably acceptable to us. Your choice of an insurance provider will not affect the credit decision. We may impose reasonable requirements concerning the extent of coverage and the financial soundness of the insurance provider. You will keep the insurance in full force and effect until this Contract is paid in full.

If you fail to obtain or maintain this insurance, or name us as loss payee, we may obtain insurance to protect our interest in the Property. This insurance may be written by a company other than one you would choose. It may be written at a rate higher than a rate you could obtain if you purchased the property insurance required by this Contract. We will add the premium for this insurance to the amount you owe us. Any amount we pay

will be due immediately. This amount will earn finance charges from the date paid at the rate described in the *Payment* section until paid in full.

**Gap Waiver or Gap Coverage.** In the event of theft or damage to the Vehicle that results in a total loss, there may be a gap between the amount due under the terms of the Contract and the proceeds of your insurance settlement and deductibles. You are liable for this difference. You have the option of purchasing Gap Waiver or Gap Coverage to cover the gap liability, subject to any conditions and exclusions in the Gap Waiver or Gap Coverage agreements.

### Arbitration Provision

Arbitration Provision. PLEASE READ CAREFULLY! By agreeing to this arbitration provision you are giving up your right to go to court for claims and disputes arising from this Contract:

- EITHER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN YOU AND US DECIDED BY ARBITRATION, AND NOT BY A COURT OR BY JURY TRIAL.
- YOU GIVE UP ANY RIGHT THAT YOU MAY HAVE TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER IN ANY CLASS ACTION OR CLASS ARBITRATION AGAINST US IF A DISPUTE IS ARBITRATED.
- IN ARBITRATION, DISCOVERY AND RIGHTS TO APPEAL ARE GENERALLY MORE LIMITED THAN IN A JUDICIAL PROCEEDING, AND OTHER RIGHTS THAT YOU WOULD HAVE IN COURT MAY NOT BE AVAILABLE.

You or we (including any assignee) may elect to resolve any Claim by neutral, binding arbitration and not by a court action. *"Claim"* means any claim, dispute or controversy between you and us or our employees, agents, successors, assigns or affiliates arising from or relating to:

1. the credit application;
2. the purchase of the Property;
3. the condition of the Property;
4. this Contract;
5. any insurance, maintenance, service or other contracts you purchased in connection with this Contract; or
6. any related transaction, occurrence or relationship.

This includes any Claim based on common or constitutional law, contract, tort, statute, regulation, or other ground. To the extent allowed by law, the validity, scope, and interpretation of this arbitration provision are to be decided by neutral, binding arbitration.

If either party elects to resolve a Claim through arbitration, you and we agree that no trial by jury or other judicial proceeding will take place. Rather, the Claim will be arbitrated on an individual basis, and not on a class or representative basis.

The party electing arbitration may choose any of the following arbitration organizations and its applicable rules, provided it is willing and able to handle the arbitration: American Arbitration Association, 1633 Broadway, Floor 10, New York, NY 10019 (www.adr.org); JAMS, 1920 Main Street, Suite 300, Irvine CA 92614 (www.jamsadr.com); or National Arbitration and Mediation (NAM), 990 Stewart Ave., Garden City, NY 11530 (www.namadr.com). You may get a copy of the applicable rules of these organizations by contacting them or visiting their websites. If the chosen arbitration organization's rules conflict with this arbitration provision, then the terms of this arbitration provision will govern the Claim. If none of these arbitration organizations is willing or able to handle the arbitration, the arbitrator can be selected pursuant to 9 U.S.C. Sections 5 and 6.

The arbitration hearing will be carried out in the federal district where you reside, unless you and we otherwise agree. Or, if you and we consent, the arbitration hearing can be by telephone. In connection with any arbitration, if you so request, we shall advance your filing, administration, service or case management fee, and your arbitrator or hearing fee, up to a total of $2,500.00. Unless the arbitrator awards them to a party, each party is responsible for the fees of its attorneys, experts, witnesses, and any other fees or costs, including any amount we have advanced.

An arbitrator must be a lawyer with at least ten (10) years experience and familiar with consumer credit law or a retired state or federal court judge. Except as provided below, the arbitration will be by a single arbitrator. In making an award, an arbitrator shall follow governing substantive law and any applicable statute of limitations. The arbitrator will decide any dispute regarding the arbitrability of a Claim. An arbitrator has the authority to order specific performance, compensatory damages, punitive damages, and any other relief allowed by applicable law. An arbitrator's authority to make awards is limited to awards to you or us alone. Furthermore, Claims brought by you against us, or by us against you, may not be joined or consolidated in arbitration with claims brought by or against someone other than you, unless agreed to in writing by all parties. No arbitration award or decision will have any preclusive effect as to issues or claims in any dispute with anyone who is not a named party to the Claim.

Any arbitration award shall be in writing, shall include a written reasoned opinion, and will be final and binding subject only to any right to appeal under the Federal Arbitration Act (*"FAA"*), 9 U.S.C. Sections 1, et seq., except that (i) if a single arbitrator awards you less than $5,000 you shall be entitled, upon request made within 20 days after the entry of that award, to have the award set aside and the Claim rearbitrated by a panel of three arbitrators, and (ii) if the single arbitrator awards you more than $100,000 we shall be entitled, upon request made within 20 days after the entry of that award, to have the award set aside and the Claim rearbitrated by a panel of three arbitrators. The party requesting such rearbitration will be required to pay the filing, administration, service or case management fee and the arbitrators and hearing fee, subject to final determination by the arbitration panel. Any court having jurisdiction can enforce a final arbitration award.

You or we can do the following without giving up the right to require arbitration:

- Seek remedies in small claims court for Claims within the small claims court's jurisdiction, or
- Seek judicial provisional remedies.

If a party does not exercise the right to elect arbitration in connection with any particular Claim, that party still can require arbitration in connection with any other Claim.

This arbitration provision survives any (i) termination, payoff, assignment or transfer of this Contract, (ii) any legal proceeding by you or us to collect a debt owed by the other, and (iii) any bankruptcy proceeding in which you or we are the debtor. With but one exception, if any part of this arbitration provision is deemed or found to be unenforceable for any reason, the remainder of this arbitration provision will remain in full force and effect. The one exception is that, if a finding of partial unenforceability would allow arbitration to proceed on a class-wide basis then this arbitration provision will be unenforceable in its entirety.

You and we expressly agree that this arbitration provision is governed by the FAA to the exclusion of any different or inconsistent state or local law.

**By signing this Contract you are agreeing to the terms of this arbitration provision, unless you reject it as provided in the next paragraph.**

Caution: It is important that you read this arbitration provision thoroughly before you sign this Contract. By signing this Contract, you are acknowledging that you have read and understand this arbitration provision. If you do not understand something in this arbitration provision, do not sign this Contract; instead ask your lawyer. You can reject this arbitration provision by checking the box in the *Rejection of Arbitration* section of this Contract before you sign this Contract. If you do so, this arbitration provision will not be a part of this Contract, but all the rest of this Contract will continue to be binding and effective.

### Notices

Note. If the primary use of the Vehicle is non-consumer, this is not a consumer contract, and the following notice does not apply. NOTICE. ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

If you are buying a used vehicle: The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.

Si compra un vehículo usado: La información que ve adherida en la ventanilla forma parte de éste contrato. La información contenida en el formulario de la ventanilla prevalece por sobre toda otra disposición en contrario incluida en el contrato de compraventa.

*[This area intentionally left blank.]*

## Third Party Agreement

In this section only, *"you"* means only the person signing this section.

By signing below you agree to give us a security interest in the Property described in the *Description of Property* section. You also agree to the terms of this Contract except that you will not be liable for the payments it requires. Your interest in the Property may be used to satisfy the Buyer's obligation. You agree that we may renew, extend or change this Contract, or release any party or Property without releasing you from this Contract. We may take these steps without notice or demand upon you.

You acknowledge receipt of a completed copy of this Contract.

N/A
_____
By:                                             Date

## Signature Notices

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this Contract and retain its right to receive a part of the Finance Charge.*

Arbitration. This Contract contains an Arbitration Provision that *affects your rights.*

## Signatures

Entire Agreement. Your and our entire agreement is contained in this Contract. There are no unwritten agreements regarding this Contract. Any change to this Contract must be in writing and signed by you and us.

_____ 2/21/2023
By: Wearen James Henry.Jr                  Date

_____ 2/21/2023
By: Wiggins Moises Jermaine                 Date

_____
By:                                             Date

Notice to the Buyer. a. Do not sign this Contract before you read it or if it contains any blank spaces. b. You are entitled to an exact copy of the Contract you sign. Keep it to protect your legal rights.

By signing below, you agree to the terms of this Contract. You received a copy of this Contract and had a chance to read and review it before you signed it.

Buyer

_____ 2/21/2023
By: Wearen James Henry.Jr                  Date

_____ 2/21/2023
By: Wiggins Moises Jermaine                 Date

_____
By:                                             Date

Seller

_____ 2/21/2023
By: X AUTO IMPORT AND EXPORT C             Date

Assignment. This Contract and Security Agreement is assigned to

CFS OF SOUTH FLORIDA

7980 Pine Blvd PEMBROKE PINES FL 33024 , the Assignee, phone

(954) 989-1818 . This assignment is made under the terms of a separate agreement made between the Seller and Assignee. ☐ This Assignment is made with recourse.

Seller X AUTO IMPORT AND EXPORT CORP

_____ 2/21/2023
By:                                             Date

*[This area intentionally left blank.]*

Exhibit "B"

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 1:23-cv-23223

JAMES WEAREN and
MOSES WIGGINS,
Individuals,

      Plaintiffs,

vs.

X AUTO IMPORT AND EXPORT CORP.,
a Florida Corporation, and
RAYAN DAZA, an individual,
CFS OF SOUTH FLORIDA, L.L.C., A
Florida Limited Liability Company,

      Defendants.

_____/

## **COMPLAINT FOR DAMAGES AND INCIDENTAL RELIEF**

Plaintiffs, JAMES WEAREN and MOSES WIGGINS, each an individual, sue Defendants,

X AUTO IMPORT AND EXPORT CORP., a Florida Corporation, RAYAN DAZA, an individual,

and CFS OF SOUTH FLORIDA, L.L.C., a Florida limited liability company, and allege:

### *Jurisdiction and Venue*

1.      This Court has jurisdiction under the Federal Odometer Act, 49 U.S.C. §32710 and

28 U.S.C. §§1331 and 1337, and has supplemental jurisdiction over state claims under 28 U.S.C.

§1367.

2.      Venue is proper in Miami-Dade County as X AUTO IMPORT AND EXPORT

CORP is a legal entity incorporated under the laws of Florida whose principal business location was

or is in Miami-Dade County, Florida, and as the vehicle sale upon which these claims are based

occurred in Miami-Dade County, Florida.

## GENERAL ALLEGATIONS

### *SYNOPSIS OF PROCEEDING*

3.　　The instant action involves claims under the Federal Odometer Act, 49 U.S.C. §32701 ("**Odometer Act**"), which prohibits the disconnection, resetting or alteration of odometers with the intent to change the number of miles indicated thereon.

4.　　Odometer tampering is a significant criminal and consumer fraud issue in the United States. According to the National Highway Traffic Safety Administration ("**NHTSA**"), over 450,000 vehicles sold each year have false odometer readings, causing over One Billion Dollars ($1,000,000,000.00) of loss to American car buyers.

5.　　In South Florida, automobile dealerships are routinely rolling back the odometers of vehicles in order to purloin profit. In many instances, dealerships focus on rolling back the odometers of so-called "working people" cars — such as vehicles manufactured by Nissan, GMC and Ford.

### *ALLEGATIONS AS TO PARTIES*

6.　　At all times material hereto, Plaintiffs, JAMES WEAREN and MOSES WIGGINS ("**Mr. Wearen** and **Mr. Wiggins**"), were *sui juris* and residents of Miami-Dade County, Florida.

7.　　At all times material hereto, Defendant, X AUTO IMPORT AND EXPORT CORP. ("**X AUTO**" or "**Dealership**") was a Florida Corporation, doing business at 9937 NW 27th Ave, Miami, FL 33147.

8.　　At all times material hereto, the Dealership was a "dealer" as said term is defined under 49 U.S.C. §32702(2) and Florida Statute §320.77(1)(a) and a "transferor" as said term is defined under 49 C.F.R. §590.3.

9.      At all times material hereto, Defendant, RAYAN DAZA ("**Mr. Daza**"), was *sui juris* and a resident of Broward County, Florida.

10.     At all times material hereto, Mr. Daza was the president, manager and control person of Dealership, and maintained complete authority and control over Dealership to the extent that dealership was the alter ego and mere instrumentality of Mr. Daza.

11.     As detailed below, Mr. Daza either directly participated in the wrongful conduct described below or alternatively ratified such activity upon being informed of same.

12.     At all times material hereto, Defendant, CFS OF SOUTH FLORIDA, L.L.C. ("**Holder**"), was a Florida limited liability company authorized to do business in Florida as a lender and a "sales finance company" as defined in Fla. Stat. § 520.02(19) and is a "holder" of a "retail installment contract" as defined in Fla. Stat. § 520.02(8).

13.     At all times material hereto, X AUTO was a "dealer" as said term is defined under Florida Statute §320.77(1)(a).

14.     At all times material hereto, the Dealership was in the business of selling and financing used motor vehicles to the public-at-large in Miami-Dade County, Florida.

### FACTUAL ALLEGATIONS

15.     On or about February 21st, 2023, Mr. Wearen and Mr. Wiggins visited the place of business of the Dealership for the purpose of selecting a used motor vehicle to be used for personal, family and household purposes.

16.     After brief negotiations, Mr. Wearen and Mr. Wiggins selected a used 2014 GMC Subject Vehicle, VIN ending in 342700 ("**Subject Vehicle**").

17.     At the time Mr. Wearen and Mr. Wiggins selected the Subject Vehicle, Defendants both in writing and orally represented to Mr. Wearen and Mr. Wiggins that the odometer reading

for the Subject Vehicle was 90,986 miles ("**Mileage Representation**").

18.     As finances were tight, the Plaintiffs' decision to purchase the Vehicle was made in reliance of the Mileage Representation given that lower mileage vehicles tend to need less maintenance that higher mileage vehicles.

19.     In the belief that they had purchased reliable transportation at a reasonable value, Mr. Wearen and Mr. Wiggins executed and delivered to Defendants a document entitled "Retail Installment Sales Contract" ("**RISC**").

20.     A true and correct copy of the RISC (with redacted personal information of Mr. Wearen and Mr. Wiggins) is attached hereto and incorporated herein by reference as Exhibit "A".

21.     Pursuant to the RISC, Mr. Wearen and Mr. Wiggins agreed to pay the sum of Eleven Thousand Four Hundred Fifty-One and 45/100ths Dollars ($11,451.45), as and for the purchase price for the Subject Vehicle.

22.     Dealer assigned the RISC to Holder on an unknown date and for unknown consideration.

### *Discovery of Mileage Rollback*

23.     Upon conclusion of the transaction to purchase the Subject Vehicle, Mr. Wearen and Mr. Wiggins left the Dealership with the Subject Vehicle in the belief that they acquired reliable transportation for their personal and household purposes.

24.     However, shortly after purchasing the Subject Vehicle, Mr. Wearen and Mr. Wiggins became concerned with the vehicle's mileage as it became apparent that it did not reflect the mechanical condition of a vehicle with 90,986 miles.

25.     Concerned with the poor mechanical condition of the Subject Vehicle, Mr. Wearen and Mr. Wiggins obtained a history report for the Subject Vehicle and subsequently learned that the

Subject Vehicle had substantially greater mileage than that which was represented to Mr. Wearen and Mr. Wiggins by Dealership.

26.      As part of their due diligence in the preparation of the instant claim, Mr. Wearen and Mr. Wiggins, through counsel, obtained a copy of the title history ("**Title History**") for the Subject Vehicle from the State of Florida, Department of Highway Safety and Motor Vehicles ("**DMV**"), including Certificate of Title No. 132537478 with an issue date of October 22, 2018 ("**Transfer Title**").

27.      True and correct copies of the Title History and Transfer Title are attached hereto as Exhibits "B" and "C", respectively.

28.      According to the Title History for the Subject Vehicle, the Dealership acquired the Subject Vehicle on February 28, 2022 from "THE AUTO WAREHOUSE." At the time of the acquisition of the Subject Vehicle by the Dealership, the odometer reading for the Subject Vehicle was in excess of 190,000 miles. The relevant portion of the transfer title is transposed below for ease of reference.

29.      The transfer of the title from The Auto Warehouse to Dealership was executed by Mr. Daza.



30.      In reviewing the Title History for the Subject Vehicle, Mr. Wearen and Mr. Wiggins

learned for the first time that the Dealership submitted to the DMV a title reassignment on the Transfer Title ("**Title Application**") with respect to the transfer of the Subject Vehicle from the Dealership to Mr. Wearen and Mr. Wiggins. *Id.*

31.     The relevant portion of the reassignment is transposed below.



32.     As is evident from the sudden decrease in the mileage between the two transfers, the odometer for the Subject Vehicle was rolled back over 99,000 miles after the purchase of the Subject Vehicle by Dealership and immediately prior to its sale to Mr. Wearen and Mr. Wiggins.

33.     As before, the title was signed by Rayan Daza, on behalf of the Dealership.

34.     The reassignment appears to have been signed by Mr. Wearen and Mr. Wiggins.

35.     Pursuant to the reassignment, the Dealership was required to provide an odometer declaration in the following form ("**Odometer Declaration**"):



36.     When completing the Odometer Declaration for the Title Application, the Dealership

inserted into the Odometer Declaration that the mileage reading was "90,986". *Id*.

37.     Upon information and belief, Mr. Daza, on behalf of the Dealership, inserted the "X" into the selection that indicated that mileage disclosed did not reflect the actual mileage in the Odometer Declaration in order to be able to feign compliance with the requirements of the federal and state odometer acts in the event the DMV or Mr. Wearen and Mr. Wiggins discovered the actual mileage and misconduct of the duo at a later time.

38.     Upon good information and belief, tampering with odometers and the sale of vehicles with tampered odometers is a regular business practice of the Dealership and Mr. Daza.

39.     All conditions precedent to instituting this action have occurred or have otherwise been waived.

40.     Mr. Wearen and Mr. Wiggins have retained the undersigned law firm and have obligated themselves to pay a reasonable fee for its services.

### *Finance Company Liability*

41.     In compliance with the FTC Holder Rule, the RISC at issue in the instant proceeding bears the following conspicuous language:

> NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

42.     Florida Statue § 516.31(2), known more commonly as the "Florida Holder Rule," provides in pertinent part the following:

> (2) Restriction on Certain Negotiable Instruments and Installment Contracts - A holder or assignee of any negotiable instrument or installment contract, other than a currently dated check, which

originated from the purchase concerning consumer goods or services is subject to all claims or defenses of the consumer debtor against the seller of those consumer goods or services. A person's liability under this section may not exceed the amount owing to the person when that claim or defense is asserted against the person.

43.     Accordingly, pursuant to Florida Holder Rule, Holder, as a holder or assignee of any negotiable instrument subject to the requirements of Florida Statutes Chapter 516, is subject to all claims and defenses of the consumer debtor against the seller of those consumer goods or services, to-wit, the Dealership.

44.     Specifically, Plaintiffs seek restitution of all installment payments made in furtherance of the RISC, rescission of the transaction in full and damages up to and including the present balance of indebtedness under the RISC.

45.     Plaintiffs aver that their claim is so large that it exceeds the remainder of any debt owed to Holder under the RISC.

46.     All conditions precedent to bringing this action have occurred, have been performed, or have been waived.

**COUNT I**
**ACTION FOR VIOLATION OF THE FEDERAL ODOMETER ACT**
**(All Defendants)**

47.     This is an action for violation of the Federal Odometer Act, also known as the "Federal Motor Vehicle Information and Cost Savings Act," 49 U.S.C. §32710, et seq. ("**Odometer Act**" or "**Act**"), and the regulations promulgated thereunder. Specifically, this is a claim based on odometer tampering.

48.     Mr. Wearen and Mr. Wiggins reallege and reaffirm the allegations contained in Paragraphs 1 through 46 above as if set forth hereat in full.

49.     At all times material hereto, Dealership was a "dealer" as said term is defined under

49 U.S.C. §32702(2).

50.     Pursuant to 49 U.S.C. §32703, a person may not *inter alia:*

- disconnect, reset, alter or have disconnected, reset, or altered, an odometer of a motor vehicle intending to change the mileage registered by the odometer;
- with intent to defraud, operate a motor vehicle on a street, road or highway if the person knows that the odometer of the vehicle is disconnected or not operating; or,
- conspire to violate 49 U.S.C. §32703, §32704 or §32705 of the Act.

51.     Pursuant to 49 U.S.C. §32704, a person may service, repair or replace the odometer of a motor vehicle if the mileage registered by the odometer remains the same as before the service, repair or replacement. If the mileage registered cannot remain the same -

(1) a person shall adjust the odometer to read zero; and,

(2) the owner of the vehicle or agent of the owner shall attach written notice to the left door frame of the vehicle specifying the mileage before the service, repair or replacement and the date of service of service, repair or replacement.

52.     By information and belief, the odometer of the Subject Vehicle was either tampered with or was replaced by Mr. Daza on the Dealership's behalf while in the Dealership's exclusive care, custody and control without compliance under the Act.

53.     Pursuant to 49 U.S.C. §32705, a motor vehicle the ownership of which is transferred may not be licensed for use in the state unless the transferee, in submitting an application to the state upon which the license will be issued, includes with the application the transferor's title and, if that title contains a blank space, must disclose the mileage at the time of a future transfer, a statement, signed and dated by the transferor under the Odometer Act.

54.     Mr. Daza conspired with the Dealership to violate the Act with intent to defraud.

55.     As a direct and proximate result of the above-described actions, Dealership and Mr.

Daza each violated the Act with the intent to defraud.

56.     As a result of the violation of the Act, Dealership and Mr. Daza are liable to Mr. Wearen and Mr. Wiggins in an amount equal to three times actual damages or $10,000.00, whichever is greater, plus attorney's fees and costs pursuant to 49 U.S.C. §32710.

57.     Mr. Wearen and Mr. Wiggins have retained the undersigned attorney and are obligated to pay said attorney a reasonable fee for his services.

WHEREFORE, Plaintiffs, JAMES WEAREN and MOSES WIGGINS, each an individual, demand judgment against Defendants, X AUTO IMPORT AND EXPORT CORP., a Florida corporation, RAYAN DAZA, an individual, and CFS OF SOUTH FLORIDA, L.L.C., a Florida Limited Liability Company, jointly and severally, for statutory and actual damages, together with attorney's fees and costs pursuant to 49 U.S.C. §32710.

## COUNT II
## ACTION FOR VIOLATION OF THE
## FLORIDA DECEPTIVE AND UNFAIR TRADE PRACTICES ACT
### (As to Dealership and Holder)

58.     This is an action for violation of Florida Statute §501.201, *et sequi,* known more commonly as the "Florida Deceptive and Unfair Trade Practices Act" (the "**DUTPA**").

59.     Mr. Wearen and Mr. Wiggins reallege and reaffirm the allegations contained in Paragraphs 1 through 46 above as if set forth hereat in full.

### *General Allegations as to DUTPA*

60.     At all times material hereto, Mr. Wearen and Mr. Wiggins were each an "interested party or person" as said term is defined under Florida Statute §501.203(6).

61.     By virtue of the acts described above, Dealership was engaged in "trade or

commerce" as said term is defined under Florida Statute §501.203(8).

### *Violation the Florida Motor Vehicle Dealer License Act*

62.     During the course of the sale and financing of the Subject Vehicle, Defendants violated the requirements of Florida Statutes Chapter 320, known more commonly as the "Florida Motor Vehicle Licenses Act," in the following respects:

> A.     By misrepresenting or making false, deceptive or misleading statements with regard to the sale of the Subject Vehicle in violation of Florida Statute §320.27(b)3; and
>
> B.     By perpetrating any fraud upon Mr. Wearen and Mr. Wiggins in connection with the sale of the Subject Vehicle in violation of Florida Statute §320.27(9)(b)13.

63.     The violation of the Florida Motor Vehicle Dealer License Act is a *per se* violation of the DUTPA pursuant to Florida Statute §501.211(3)(c).

### *Violation of DUTPA as to Vehicle*

64.     At all times material hereto, Mr. Wearen and Mr. Wiggins were "customers" as said term is defined under FDUTPA.

65.     At all times material hereto, Dealership was a "dealer" as said term is defined under FDUTPA.

66.     At all times material hereto, the Subject Vehicle was a "vehicle" as defined under FDUTPA.

67.     X Autos and Mr. Daza conspired to commit odometer tampering and did so tamper with the Subject Vehicle's odometer, in contravention of Florida Statute §501.976(12).

68.     As more particularly described above, Dealership engaged in unfair methods of competition, unconscionable acts or practices, and unfair and deceptive acts or practices in the conduct of trade or commerce in violation of Florida Statute §501.204 (1).

69.     Pursuant to Florida Statute §501.211, Mr. Wearen and Mr. Wiggins are entitled to obtain a declaratory judgment that the acts and practices of the Dealership under the DUTPA and to enjoin it from further violations of the DUTPA.

70.     It is in the interest of protection of consumers that the Dealership be prohibited and proscribed from further violations of the DUTPA as described above.

71.     As a direct and proximate result of the violation of the DUTPA, Mr. Wearen and Mr. Wiggins have been damaged and are aggrieved persons.

72.     Mr. Wearen and Mr. Wiggins have retained the undersigned law office to represent their interest herein and are obligated to pay said law office a reasonable fee for its services.

WHEREFORE, Plaintiffs, JAMES WEAREN and MOSES WIGGINS, each an individual, demand judgment against Defendants, X AUTO IMPORT AND EXPORT CORP., a Florida corporation, and CFS OF SOUTH FLORIDA, L.L.C., a Florida Limited Liability Company, jointly and severally, for:

A.     Compensatory damages;

B.     Declaratory relief against Dealership adjudicating that the actions of

Defendants described above constitute violations of the DUTPA;

       C.     Injunctive relief against Dealership proscribing it from further violations of the DUTPA as described herein; and

       D.     Attorney's fees and court costs pursuant to Florida Statute §501.2105.

### COUNT III
### VIOLATIONS OF FLORIDA DECEPTIVE AND UNFAIR TRADE PRACTICES ACT
**(As to Mr. Daza)**

73.    This is an action for violation of the DUTPA.

74.    Plaintiffs adopt and reallege the allegations contained in Paragraphs 1-72, as if fully set forth herein.

75.    Once a corporation's liability for violations of FDUTPA is established, individual Defendants may be liable for (1) injunctive relief for the corporate Defendant's practices if the individual defendant participated directly in the practices or acts or had authority to control them, and (2) monetary relief if the individual also had some knowledge of the practices.

76.    Authority to control the company can be evidenced by active involvement in business affairs and the making of corporate policy, including assuming the duties of a corporate officer. *FTC v Amy Travel Service, Inc.,* 875 F. 2d 564, 573 (7th Cir. 1989) (citation omitted).

77.    Intent to defraud is not a necessary element for individual liability under FDUTPA. *Windward Mktg., Inc.,* 1997 WL 33642380, at 13 (N.D. Ga. Sept. 30, 1997) (quoting *FTC v. Jordan Ashley, Inc.,* No. 93-2257, 1994 WL 200775, at 3 (S.D. Fla. Apr. 5, 1994)).

78.    Rather, "[a]wareness of fraudulent practices and failure to act within one's authority to control such practices is sufficient to establish liability." *Id.* (quoting *FTC* v. *Atlantex Assocs.,* No. 87-45, 1987 WL 20384, at 11 (S.D, Fla. Nov. 25, 1987), *affd.,* 872 F. 2d 966 (11th Cir.1989)).

79.     As is evident from the title documents referenced, *supra*, Defendant, Mr. Daza actively participated in Dealership's acts and practices.

80.     Further, Defendant Mr. Daza, had knowledge and/or awareness of Dealership's acts and practices.

81.     Accordingly, Defendant, Mr. Daza is jointly and severally liable for Dealership's FDUTPA violations.

WHEREFORE, Plaintiffs, JAMES WEAREN and MOSES WIGGINS, each an individual, demand judgment for injunction, damages, prejudgment and post-judgment interest, costs and attorney's fees against Defendant, RAYAN DAZA and such other relief the Court deems just and proper.

**COUNT IV**
**<u>ACTION FOR FRAUD</u>**
**(As to Dealership and Holder)**

82.     This is an action for common law fraud.

83.     Mr. Wearen and Mr. Wiggins reallege and reaffirm the allegations contained in Paragraph 1 through 46 above as if set forth hereat in full.

84.     As more fully described above, Dealership misrepresented material facts concerning the sale of the Subject Vehicle to Mr. Wearen and Mr. Wiggins at the time of the sale of the Vehicle, to wit: the Mileage Representation.

85.     Dealership knew that the representations set forth above were false or made such representations recklessly, and Dealership had no reasonable grounds for believing those representations to be true.

86.     Dealership knew that the above representations and omissions concerning the purchase of the Subject Vehicle were material and important.

87.     Dealership intended to deceive Mr. Wearen and Mr. Wiggins, who relied upon the misrepresentations and omission to their detriment.

88.     As a direct and proximate result of the misrepresentations and non-disclosures by Dealership, the actual and economic damages of Mr. Wearen and Mr. Wiggins include but are not limited the diminution in value of the Subject Vehicle as a result of it having an inaccurate odometer as well as increased maintenance costs associated with a vehicle of higher mileage.

WHEREFORE, Plaintiffs, JAMES WEAREN and MOSES WIGGINS, each an individual, demand judgment against Defendants, X AUTO IMPORT AND EXPORT CORP., a Florida corporation, and CFS OF SOUTH FLORIDA, L.L.C., a Florida Limited Liability Company, jointly and severally, together with interest and costs.

**COUNT V**
**<u>ACTION FOR FRAUDULENT INDUCEMENT</u>**
**(As to Dealership and Holder)**

89.     This is a claim for common law fraudulent inducement.

90.     Mr. Wearen and Mr. Wiggins reallege and reaffirm the allegations contained in Paragraph 1 through 46 above as if set forth hereat in full.

91.     As more particularly described above, Dealership induced Mr. Wearen and Mr. Wiggins into signing the RISC and consummating the transaction for the sale of the Subject Vehicle by knowingly making misrepresentations of material fact and omitting material facts with the intent that Mr. Wearen and Mr. Wiggins rely on them to their detriment.

92.     Dealership's misrepresentations of material fact and omissions of material fact were made and omitted with the intent that Mr. Wearen and Mr. Wiggins rely on them, or be deceived by them to their detriment.

93. Mr. Wearen and Mr. Wiggins justifiably relied upon the misrepresentations to their detriment and further, had Mr. Wearen and Mr. Wiggins been advised of the truth, Mr. Wearen and Mr. Wiggins would not have entered into the RISC.

94. As a result of the fraud and deceit by Dealership, the actual and economic damages of Mr. Wearen and Mr. Wiggins include but are not limited to the diminution in value of the Subject Vehicle as a result of it having an inaccurate odometer and increased maintenance costs associated with a vehicle of higher mileage.

WHEREFORE, Plaintiffs, JAMES WEAREN and MOSES WIGGINS, each an individual, demand judgment against Defendants, X AUTO IMPORT AND EXPORT CORP., a Florida corporation, and CFS OF SOUTH FLORIDA, L.L.C., a Florida Limited Liability Company, together with interest and costs.

## COUNT VI
## ACTION FOR BREACH OF EXPRESS WARRANTY
### (As to Dealership and Holder)

95. Mr. Wearen and Mr. Wiggins reallege and reaffirm the allegations contained in Paragraph 1 through 46 above as if set forth hereat in full.

96. From the various statements by Dealership, including the Mileage Representation, Dealership made an express warranty pursuant to Section 2-313 of the Uniform Commercial Code ("**UCC**") by both affirmation of fact or promise and by description of goods ("**Express Mileage Warranty**").

97. As evidenced by the title records and other evidence, Dealership has breached the Express Mileage Warranty.

98. As a direct and proximate result of the breach of the Express Mileage Warranty, Mr.

Wearen and Mr. Wiggins have been damaged.

99.     The damages of Mr. Wearen and Mr. Wiggins include but are not necessarily limited to the diminution in value of the Subject Vehicle as a result of it having an inaccurate odometer and increased maintenance costs associated with a vehicle of higher mileage.

WHEREFORE, Plaintiffs, JAMES WEAREN and MOSES WIGGINS, each an individual, demand judgment against Defendants, X AUTO IMPORT AND EXPORT CORP., a Florida corporation, and CFS OF SOUTH FLORIDA, L.L.C., a Florida Limited Liability Company, jointly and severally, together with interest and costs.

## COUNT VII
## ACTION FOR REVOCATION OF ACCEPTANCE
### (Dealership and Holder)

100.    This is a claim for revocation of acceptance.

101.    Plaintiffs reaffirm and reallege the allegations contained in Paragraphs 1 through 46 above as if set forth hereat in full.

102.    Plaintiffs accepted the Vehicle without discovering the above-described mileage tampering because Plaintiffs were reasonably induced to accept the Vehicle based on Dealer's misrepresentations and the difficulty of discovering the above facts.

103.    Dealer refused and continues to refuse to correct the nonconformities present in the subject vehicle.

104.    The nonconformities substantially impair the value of the Subject Vehicle.

105.    Plaintiffs notified Dealer, verbally and in writing, that Plaintiffs were revoking acceptance.

106.    Despite receipt of Plaintiffs' notices, Dealer failed to resolve Plaintiffs' dispute.

WHEREFORE, Plaintiffs, JAMES WEAREN and MOSES WIGGINS, each an individual, demand judgment against Defendants, X AUTO IMPORT AND EXPORT CORP., a Florida corporation, and CFS OF SOUTH FLORIDA, L.L.C., a Florida Limited Liability Company, jointly and severally, for the following:

A.    Declaring acceptance has been properly revoked by Plaintiffs and for damages incurred in revoking acceptance;

B.    A refund of the entire purchase amount paid by Plaintiffs for the subject vehicle;

C.    Consequential, incidental and actual damages;

D.    Costs, interest and attorneys' fees pursuant to 15 U.S.C. §2310(d)(2); and,

E.    Such other relief this Court deems appropriate.

### DEMAND FOR JURY TRIAL

Plaintiffs, JAMES WEAREN and MOSES WIGGINS, each an individual, pursuant to Rule 38(b), Federal Rule of Civil Procedure, hereby demand a trial by jury of all issues so triable.

Respectfully Submitted,

/s/ Joshua Feygin
**Joshua Feygin, Esq.**
FLORIDA BAR NO: 124685
Email:  Josh@Sueyourdealer.com
**SUE YOUR DEALER – A LAW FIRM**
1930 Harrison Street Suite 208 F
Hollywood, FL 33020
Telephone: (954) 228-5674
Facsimile: (954) 697-0357
*Counsel for the Plaintiff*

# EXHIBIT A

# Retail Installment Contract and Security Agreement

FL-103-ARB 10/3

**Seller Name and Address**
X AUTO IMPORT AND EXPORT CORP
9937 NW 27th Ave
Miami, FL 33147

**Buyer(s) Name(s) and Address(es)**
Wearen James Henry Jr

Wiggins Moises Jermaine

Buyers' Month of Birth  November  November

Summary No.

Date  2/21

☐ Business, commercial or agricultural purpose Contract.

**Documentary Stamp Tax.** Florida documentary stamp tax required by law in the amount of $ _____ 39.55 has been paid or will be paid directly to the Florida Department of Revenue. Certificate of Registration No. _____

## Truth-In-Lending Disclosure

| Annual Percentage Rate The cost of your credit as a yearly rate. | Finance Charge The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid when you have made all scheduled payments. | Total Sale Price The total cost of your purchase on credit, including your down payment of |
|---|---|---|---|---|
| 26.00 % | $ 6368.20 | $ 11300.00 | $ 17668.20 | $ 2000.00 $ 19668.20 |

**Payment Schedule.** Your payment schedule is:

| No. of Payments | Amount of Payments | When Payments are Due |
|---|---|---|
| 44 | $ 401.55 | Monthly, Beginning 03/23/23 |
| | $ | |
| | $ | |

**Security.** You are giving us a security interest in the Property purchased.

**Late Charge.** If all or any portion of a payment is not paid within 10 days of its due date, you will be charged a late charge of 5% of the unpaid amount of the payment due.

**Prepayment.** If you pay off this Contract early, you may have to pay a penalty.

**Contract Provisions.** You can see the terms of this Contract for any additional information about nonpayment, default, any required repayment before the scheduled date, and prepayment refunds and penalties.

## Description of Property

| Year | Make | Model | Style | Vehicle Identification Number | Odometer Mileage |
|---|---|---|---|---|---|
| 2014 | GMC | Acadia | SUV | 2700 | 90986 |

☐ New  ☒ Used  ☐ Demo          Other:

## Description of Trade-In

N/A

## Conditional Delivery

☐ Conditional Delivery. If checked, you agree that the following agreement regarding ...uring financing ("Agreement") applies:

_____. The Agreement is part of this Contract. The ...ement will no longer control after the assignment is accepted. If there are any ...cts between the terms of the Agreement and the Contract, the terms of this Contract ...ply.

## Sales Agreement

**Payment.** You promise to pay us the principal amount of

$ 11300.00 _____ plus finance charges accruing on the unpaid

balance at the rate of _____ 26.00 % per year from the date of this Contract until

paid in full. Finance charges accrue on a 365 _____ day basis. You

agree to pay this Contract according to the payment schedule and late charge provisions shown in the Truth-In-Lending Disclosure. You also agree to pay any additional amounts according to the terms and conditions of this Contract.

**Down Payment.** You also agree to pay or apply to the Cash Price, on or before the date of this Contract, any cash, rebate and net trade-in value described in the Itemization of Amount Financed.

☐ You agree to make deferred down payments as set forth in your Payment Schedule

RSSIMVLFAZFL 10/

MJW

...allment Contract-FL Not for use in transactions secured by a dwelling.

Loan Processing Fee. You agree to pay a loan processing fee of

N/A _____ that will be ☐ paid in cash. ☐ financed over the rm of the Contract.

☒ Pre-delivery Service Fee. You agree to pay a pre-delivery service fee of

$ 695.00 _____ that will be ☐ paid in cash. ☒ financed over the term of the Contract. This charge represents costs and profit to the dealer for items such as inspecting, cleaning, and adjusting vehicles, and preparing documents related to the sale.

☐ Minimum Finance Charge. You agree to pay a minimum finance charge of

$ N/A _____ if you pay this Contract in full before we have earned that much in finance charges.

## Itemization of Amount Financed

| | | |
|---|---|---|
| a. Price of Vehicle, etc. (incl. sales tax of | | |
| $ 807.65 | $ | 11451.45 |
| b. Pre-delivery service fee | $ | 695.00 |
| c. Cash Price (a+b) | $ | 12146.45 |
| d. Trade-in allowance | $ | N/A |
| e. Less: Amount owing, paid to (includes m): | | |
| | $ | N/A |
| f. Net trade-in (d-e: if negative, enter $0 here and enter the amount on line m) | $ | N/A |
| g. Cash payment | $ | 2000.00 |
| h. Manufacturer's rebate | $ | N/A |
| i. Deferred down payment | $ | N/A |
| j. Other down payment (describe) | | |
| | $ | N/A |
| k. Down Payment (f+g+h+i+j) | $ | 2000.00 |
| l. Unpaid balance of Cash Price (c-k) | $ | 10146.45 |
| m. Financed trade-in balance (see line f) | $ | N/A |
| n. Paid to public officials, including filing fees | $ | 120.00 |
| o. Insurance premiums paid to insurance company(ies) (See Insurance Disclosures section for coverage and benefits types.) | $ | N/A |
| p. Service Contract, paid to: | $ | N/A |
| | $ | 795.00 |
| q. | $ | 39.55 |
| r. Documentary Stamp Tax | $ | 199.00 |
| s. Electronic Filing Fee | $ | N/A |
| t. | $ | N/A |
| u. | $ | N/A |
| v. | $ | |
| w. | $ | |
| x. Total Other Charges/Amts Paid (m thru w) | $ | 1153.55 |
| y. Prepaid Finance Charge | $ | N/A |
| z. Amount Financed (l+x-y) | $ | 11300.00 |

We may retain or receive a portion of any amounts paid to others.

## Insurance Disclosures

**Credit Insurance.** Credit life and credit disability (accident and health) are not req obtain credit and are not a factor in the credit decision. We will not provide them un you sign and agree to pay the additional premium. If you want such insurance, we w obtain it for you (if you qualify for coverage). We are quoting below only the coverag you have chosen to purchase.

Credit Life
☐ Single ☐ Joint ☐ None
Premium $ N/A _____ Term N/A
Insured _____

Credit Disability
☐ Single ☐ Joint ☐ None
Premium $ N/A _____ Term N/A
Insured _____

Your signature below means you want (only) the insurance coverage(s) quoted above. If "None" is checked, you have declined the coverage we offered.

_____
By: _____ DOB _____

_____
By: _____ DOB _____

_____
By: _____ DOB _____

**Property Insurance.** You must insure the Property. You may purchase or provide the Insurance through any insurance company reasonably acceptable to us. The collision coverage deductible may not exceed $ N/A _____. If you get insurance from or through us you will pay $ N/A _____ for 0 months _____ of coverage.

This premium is calculated as follows:
☐ $ N/A _____ Deductible, Collision Cov. $ N/A
☐ $ N/A _____ Deductible, Comprehensive $ N/A
☐ Fire-Theft and Combined Additional Cov. $ N/A
☐ _____ $ N/A

LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS IS NOT INCLUDED UNLESS CHECKED AND INDICATED.

[This area intentionally left blank.]

**Warranty Information.** We make no express or implied warranties. Except as required by law, we make no warranty that the Vehicle is fit for a particular purpose. We sell the Vehicle AS IS—NOT EXPRESSLY WARRANTED OR GUARANTEED. WITH ALL FAULTS.

If this is a new Vehicle, the Vehicle is subject to a standard written manufacturer's warranty. This warranty is made by the manufacturer and not by us.

Used Car Buyer Notice. If you are buying a used vehicle, the information you see on the window form for this Vehicle is part of this Contract. Information on the window form overrides any contrary provisions in the contract of sale.

Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

**Notices.**

☐ You understand that the balance owed on the Trade-in exceeds the Trade-in Allowance and that as a result the Total Balance Due has been increased by this $ __N/A__ of negative equity.

**Section 501.98, Florida Statutes,** requires that, at least 30 days before bringing any claim against a motor vehicle dealer for an unfair or deceptive trade practice, a consumer must provide the dealer with a written demand letter stating the name, address, and telephone number of the consumer; the name and address of the dealer; a description of the facts that serve as the basis for the claim; the amount of damages; and copies of any documents in the possession of the consumer which relate to the claim. Such notice must be delivered by the United States Postal Service or by a nationally recognized carrier, return receipt requested, to the address where the subject vehicle was purchased or leased or where the subject transaction occurred, or to the address at which the dealer regularly conducts business.

Check the box below when Fla. Stat. Ann. § 319.001(9) applies:
☐ THIS VEHICLE WAS DELIVERED TO A PREVIOUS PURCHASER.

_____  _____
Buyer                         Date

_____  _____
Buyer                         Date

_____  _____
Buyer                         Date

**Signatures.**

☐ A separate Arbitration Agreement is a part of this Contract.

This agreement is not binding upon the Dealer/Seller until it is signed by an authorized representative of the Dealer/Seller.

By signing below, you agree to the terms of this Contract. You received a copy of this Contract and had a chance to read and review it before you signed it. This is the complete agreement; there are no other written or oral agreements.

_____  2/21/2023
Buyer                         Date

_____  2/21/2023
Buyer                         Date

_____  2/21/2023
Buyer                         Date

Dealer/Seller X AUTO IMPORT AND EXPORT CORP   2/21/2023
                                              Date

CFS OF SOUTH FLORIDA
7980 Pine Blvd
PEMBROKE PINES, FL 33024

THIS FORM DOES NOT COVER THE CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

# EXHIBIT B

| CNTY# | AGY# | SUB# | RPT# |
|---|---|---|---|
| 1 | 22 | JZR | 7375 |

AUDIT #

**STATE OF FLORIDA**
**APPLICATION FOR VEHICLE/VESSEL**
**CERTIFICATE OF TITLE**

L# 3732979
T# 1777784167
B# 3117630
S# 97471904

| TITLE NUMBER | VEHICLE/VESSEL IDENTIFICATION # | YR. MAKE | MAKE or MANUFACTURER | BODY TYPE | VEHICLE COLOR | WT/LENGTH | GVW/LOC |
|---|---|---|---|---|---|---|---|
| 132537478 | 2700 | 2014 | GMC | UT | WHI | 4656 | |

| DATE OF ISSUE MO. DAY YEAR | TRANS CODE | VEHICLE USE | HULL MATERIAL | PROPULSION | FUEL | VESSEL TYPE | WATER | FL NUMBER | AUTH DESTRUCTION |
|---|---|---|---|---|---|---|---|---|---|
| 03 06 23 | TRT | PRIVATE | | | | | | | |

| | BIRTHDATE SEX MO. DAY YEAR | Y N | RESIDENT ALIEN | CNTY RES.# |
|---|---|---|---|---|
| Applicant/Owner's Name & Address
JAMES HENRY WEAREN JR AND MOSES JERMAINE WIGGINS | | X | | 1 |

1st OWNER FL/DL# OR F.E.I.D.#     2nd OWNER FL/DL# OR UNIT #

VOLUNTARY CONTRIBUTIONS

| | AGENCY FEE | TITLE FEE | SALES TAX | GRAND TOTAL |
|---|---|---|---|---|
| | 4.75 | 73.00 | 0.00 | 77.75 |

**Action Requested:** TRANSFER TITLE
RETAINED AS ELECTRONIC TITLE

Brands:

| PREV. STATE | DATE ACQUIRED | NEW | USED | ODOMETER / VESSEL MANUFACTURER | ODOMETER DECLARATION CERTIFICATION |
|---|---|---|---|---|---|
| FL | 02/21/2023 | | XX | 90,986 MILES 02/21/2023 ACTUAL | ☐ |

**LIEN INFORMATION**

| | DATE OF LIEN | RECEIVED DATE | FEID # OR FL / DL AND SEX AND DATE OF BIRTH | DMV ACCOUNT # |
|---|---|---|---|---|
| ELT | 02/21/2023 | 03/06/2023 | 264278116-02 | 233651743 |

NAME OF FIRST LIENHOLDER:
CFS OF SOUTH FLORIDA, LLC
ADDRESS                                SALVAGE TYPE
ELECTRONIC LIEN

**SELLER INFORMATION**
NAME OF SELLER, FLORIDA DEALER, OR OTHER PREVIOUS OWNER
X AUTO SALES
ADDRESS
9937 NW 27 AVE
MIAMI, FL 33147
DEALER LICENSE NO.                     CONSUMER OR SALES TAX EXEMPTION #
VII1280821

**SALES TAX AND USE REPORT**

TRANSFER OF TITLE ☐ PURCHASER HOLDS VALID
IS EXEMPT FROM      EXEMPTION CERTIFICATE
FLORIDA SALES OR   ☐ VEHICLE / VESSEL WILL BE
USE TAX FOR THE      USED EXCLUSIVELY FOR RENTAL
REASON (S) CHECKED ☐ OTHER

INDICATE TOTAL PURCHASE PRICE, INCLUDING ANY
UNPAID BALANCE DUE SELLER, BANK OR OTHERS     $

INDICATE SALES OR USE TAX DUE AS PROVIDED BY CHAPTER  $     0.00
212, FLORIDA STATUTES

☐ SELLING PRICE VERIFIED

**APPLICANT CERTIFICATION**

I/WE HEREBY CERTIFY THAT THE VEHICLE/VESSEL TO BE TITLED WILL NOT BE OPERATED UPON THE PUBLIC HIGHWAYS/WATERWAYS OF THIS STATE.

I CERTIFY THAT THE CERTIFICATE OF TITLE IS LOST OR DESTROYED.

I CERTIFY THAT THIS MOTOR VEHICLE/VESSEL WAS REPOSSESSED UPON DEFAULT OF THE LIEN INSTRUMENT AND IS NOW IN MY POSSESSION.

I/WE HEREBY CERTIFY THAT WE LAWFULLY OWN THE ABOVE DESCRIBED VEHICLE/VESSEL, AND MAKE APPLICATION FOR TITLE. IF LIEN IS BEING RECORDED NOTICE IS HEREBY GIVEN THAT THERE IS AN EXISTING WRITTEN LIEN INSTRUMENT INVOLVING THE VEHICLE/VESSEL DESCRIBED ABOVE AND HELD BY LIENHOLDER SHOWN ABOVE. I/WE FURTHER AGREE TO DEFEND THE TITLE AGAINST ALL CLAIMS.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

_____                    _____
Signature of Applicant/Owner                Signature of Applicant/Co-Owner

HSMV 82041 REVISED 02/06     SCAN CODE   MVT

I UNDERSTAND THAT MY DRIVER LICENSE AND REGISTRATIONS WILL BE SUSPENDED IMMEDIATELY IF THE INSURER DENIES
THE INSURANCE INFORMATION SUBMITTED FOR THIS REGISTRATION.

T# 1589360791
B# 1523612

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel. Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| 2700 | 2014 | GMC | UT | 4656 | | 132537478 |

**STATE OF FLORIDA**

**LIEN SATISFACTION**

Registered Owner:
MARCEL PAUL

Date of Issue    10/22/2018

Lien Release
Interest in the described vehicle is hereby released
By_____
Title_____
Date_____

BD
J256723B

Mail To:
BOMNIN CHEVROLET
8455 SOUTH DIXIE HWY
MIAMI, FL 33143

**IMPORTANT INFORMATION**

1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel: http://www.hsmv.state.fl.us/html/titlinf.html

---

## CERTIFICATE OF TITLE

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel. Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| 1GKKRNED8EJ342700 | 2014 | GMC | UT | 4656 | | 132537478 |

Lien Release
Interest in the described vehicle is hereby released

| Prev State | Color | Primary Brand | Secondary Brand | No of Brands | Use | Prev-Issue Date | By |
|---|---|---|---|---|---|---|---|
| OH | WHI | | | | PRIVATE | | |

Title_____
Date_____

| Odometer Status or Vessel Manufacturer or OH use | Engine Drive | Hull Material | Prop | Date of Issue |
|---|---|---|---|---|
| 48,248 MILES 09/29/2018 ACTUAL | | | | 10/22/2018 |

Registered Owner:
MARCEL PAUL

1st Lienholder
ELECTRONIC TITLE PRIOR TO 01/18/2022

DIVISION OF MOTORIST SERVICES          TALLAHASSEE          FLORIDA          DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

*Robert R. Kynoch*
Robert R. Kynoch
Director

Control Number   154155380

1 /3   154155380

*Terry L. Rhodes*
Terry L. Rhodes
Executive Director

**TRANSFER OF TITLE BY SELLER** (This section must be completed at the time of sale.)
Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership.
Failure to complete or providing a false statement may result in fines and/or imprisonment.
This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name: **BOMNIN CHEVROLET DADELAND**   Address: **8455 So Dixie Hwy, Miami, FL 33143**

Seller Must Enter Selling Price: **PD**   Seller Must Enter Date Sold: **12-21-21**

I/We state that this ☐ 5 or ☑ 6 digit odometer now reads ︳ **187,792** ︳X (no tenths) miles, date read **12-21-21** and I hereby certify that to the best of my knowledge the odometer reading

☑ 1. reflects ACTUAL MILEAGE.   ☐ 2. is IN EXCESS OF ITS MECHANICAL LIMITS.   ☐ 3. is NOT THE ACTUAL MILEAGE.

**UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.**

SELLER Must Sign Here: *(POA) for Marcel Paul*   CO-SELLER Must Sign Here:_____

Print Here: *Thalvis Garcia - AGT*   Print Here:_____

Selling Dealer's License Number:_____   Tax No.:_____   License Number:_____   Tax Collected:_____

PURCHASER Must Sign Here: *BOMNIN CHEVROLET DADELAND*   CO-PURCHASER Must Sign Here:_____

Print Here: *AGT*   Print Here:_____

Auction Name:_____

**NOTICE–PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE.**

HSMV 82250 (REV. 3/15)   **STATE OF FLORIDA**

SCAN TRANSACTION NUMBER
688900120

**STATE OF FLORIDA**
**DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES**
**DIVISION OF MOTOR VEHICLES**
2900 Apalachee Parkway • Neil Kirkman Building - Tallahassee, FL 32399-0620
**Notice of Sale of Motor Vehicle, Mobile Home or Vessel**

Section 319.22(2), Florida Statutes, requires that the seller file a Notice of Sale with the department within 30 days after the sale or transfer of the motor vehicle, vessel or mobile home. Filing this form removes any civil liability for the operation of the sold motor vehicle, vessel or mobile home. In addition to filing this form, we suggest you keep a copy of your bill of sale (we suggest it be notarized), certificate of title or other type of transaction document showing the vehicle was sold. **Complete the information below, tear the top portion of this document at the perforation and mail to the address above or submit to your local tax collector's office or license plate agency.**

I have this _____ day of _____, _____, transferred by assignment of and delivered Florida Certificate of Title to:

Name: Purchaser(s) _____ Purchaser's DL/ID _____
　　　　　　　　　First　　　　　　MI　　　　　　Last

Address _____ Selling Price $ _____

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Seller's Signature _____ Co-Seller's Signature _____

**NOTE: THE SUBMISSION OF THIS FORM, ACCURATELY COMPLETED, TO A TAX COLLECTOR'S OFFICE, LICENSE PLATE AGENCY OR TO THE ADDRESS ABOVE WILL ALLOW THE TITLE CLERK TO UPDATE THE DMV DATABASE TO REFLECT THE TITLE RECORD AS "SOLD". HOWEVER, THE OWNERSHIP STATUS WILL NOT CHANGE UNTIL THE PURCHASER APPLIES FOR AND IS ISSUED A CERTIFICATE OF TITLE.**

---

**ODOMETER CERTIFICATION** - Federal and state laws require that you state the mileage in connection with transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

**FIRST REASSIGNMENT BY LICENSED DEALER**

Selling Dealer's License No.: VF10326571　Selling Dealer's Name: BOMNIN CHEVROLET DADELAND　23-8015467123 0

Selling Dealer's Address: 8455 So Dixie Hwy, Miami, FL 33143

Purchaser's Name(s): THE AUTO WAREHOUSE 3622 N Cicero Ave Chicago Il 60641

I/WE STATE THAT THIS ☐ 5 OR ☐ 6 DIGIT ODOMETER NOW READS 190937 1-14-22 (NO TENTHS) MILES, DATE READ _____ , AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX
☐ 1. REFLECTS ACTUAL MILEAGE
☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF 5 DIGIT ODOMETERS)
☐ 3. IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY APPLIES TO 5 DIGIT ODOMETERS

Purchaser Must Sign Here: _____　Co-Purchaser Must Sign Here: _____

Print Here: Michelle Frederick Agt　Print Here: _____

Seller/Agent Must Sign Here: BOMNIN CHEVROLET DADELAND J. Pena - AGT　Auction Name (When Applicable): MANHEIM ORLANDO VA14094769 *2

Print Here: _____　Auction License Number: _____

---

**SECOND REASSIGNMENT BY LICENSED DEALER**

Selling Dealer's License No.: 7157　Selling Dealer's Name: The Auto Warehouse　Tax: F/S　Tax Collected: _____

Selling Dealer's Address: 3622 N Cicero Ave Chicago Il 60641　Date Sold: 1/28/22

Purchaser's Name(s): X Auto Imports & Export DBA　Address: 9937 NW 27 Ave Miami FL 33147
X Auto Sales

I/WE STATE THAT THIS ☐ 5 OR ☑ 6 DIGIT ODOMETER NOW READS 190 935 XX (NO TENTHS) MILES, DATE READ 1-28-22 , AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX
☑ 1. REFLECTS ACTUAL MILEAGE
☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF 5 DIGIT ODOMETERS)
☐ 3. IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY APPLIES TO 5 DIGIT ODOMETERS

Purchaser Must Sign Here: _____ (GH)　Co-Purchaser Must Sign Here: _____

Print Here: Rayan Daza　Print Here: _____

Seller/Agent Must Sign Here: Michelle Frederick Agt　Auction Name (When Applicable): _____

Print Here: Michelle Frederick Agt　Auction License Number: _____

---

**THIRD REASSIGNMENT BY LICENSED DEALER**

Selling Dealer's License No.: VI-1128082-1　Selling Dealer's Name: X Auto Sales DBA Auto Imports & Export　Tax: 2584 10433　Tax Collected: 808.65

Selling Dealer's Address: 9937 NW 27 Ave Miami FL 33147　Date Sold: 2/21/23

Purchaser's Name(s): WEHREN, JAMES HENRY Jr & WIGGINS, FLOISES J. 10755 SW 147 ST Miami, FL 33176

I/WE STATE THAT THIS ☐ 5 OR ☑ 6 DIGIT ODOMETER NOW READS 919 986 XX (NO TENTHS) MILES, DATE READ 2-21-23 , AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX
☐ 1. REFLECTS ACTUAL MILEAGE
☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF 5 DIGIT ODOMETERS)
☑ 3. IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY APPLIES TO 5 DIGIT ODOMETERS

Purchaser Must Sign Here: Joseph H. Warren Jr　Co-Purchaser Must Sign Here: Floise Wiggins

Print Here: JAMES HENRY WARREN JR　Print Here: FLOISES VERLAINE WIGGINS

Seller/Agent Must Sign Here: _____ (GH)　Auction Name (When Applicable): _____

Print Here: RYAN DAZA　Auction License Number: _____

STATE OF FLORIDA
HSMV 82995 (REV. 01/23)S
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
DIVISION OF MOTOR SERVICES
2900 Apalachee Parkway - Tallahassee, FL 32399-0610
(Instructions on Reverse Side)
**MOTOR VEHICLE POWER OF ATTORNEY/ODOMETER DISCLOSURE**

This form may be used when title is physically held by lienholder or when the title has been lost. This form must be submitted to the state by the person exercising Powers of Attorney. Failure to do so may result in fines or imprisonment.

**VEHICLE DESCRIPTION**

| Vehicle Identification Number | Year | Make | Model | Body | Title No. |
|---|---|---|---|---|---|
| 2700 | 2014 | GMC | ACADIA | UT | 132537478 |

PART A. TRANSFEROR (SELLER'S) POWER OF ATTORNEY TO DISCLOSE MILEAGE.

I/We, **MARCEL PAUL** _____ appoint **Bomnin Chevrolet Dadeland** _____
(Print Seller's Name)                                    (Print Name of Dealership/Business)

as of **12/21/2021** _____ as my/our attorney-in-fact with full authority to transfer title, to satisfy any lien and to disclose the mileage for the vehicle
(Date)

described above, exactly as stated in the following disclosure.

WARNING: Federal law and State law require that you state the mileage in connection with transfer of ownership. Providing a false statement may result in fines or imprisonment.

I/WE STATE THAT THIS ☐ 5 DIGIT OR ☑ 6 DIGIT ODOMETER NOW READS, [1][8][7][7][9][3] ☒ (NO TENTHS) MILES,
DATE READ **12/21/21**, AND I/WE HEREBY CERTIFY THAT TO THE BEST OF MY/OUR KNOWLEDGE THE ODOMETER READING:

☑ 1. REFLECTS ACTUAL MILAGE          ☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS.          ☐ 3. IS NOT THE ACTUAL MILEAGE
                                                                                                 WARNING ODOMETER DISCREPANCY
UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Seller's Signature _____          Seller's Printed Name   **MARCEL PAUL**

Co Seller's Signature _____          Co Seller's Printed Name _____

Seller's Street Add █████████████████

Purchaser's Signature _____          Purchaser's Printed Name   **JOHANNY PEÑA**

Purchaser's Dealership Name   **Bomnin Chevrolet Dadeland**          Dealer License No.   **VF 1032657-1**
                    (Print Name of Dealership/Business)

Business Address   **8455 S Dixie Hwy**          City   **Miami**          State   **FL**          Zip   **33143**

PART B. TRANSFEREE (PURCHASER) POWER OF ATTORNEY TO REVIEW TITLE DOCUMENTS AND ACKNOWLEDGE DISCLOSURE. (PART B IS INVALID UNLESS PART A HAS BEEN COMPLETED.)

I/We, _____ appoint _____
(Print Purchaser's Name)                                    (Print Name of Dealership/Business)

as of _____ as my/our attorney-in-fact for the purpose of and with full authority to apply for title and/or registration, to file a lien and
(Date)

to sign the mileage disclosure on the title for the vehicle described above, only if the disclosure is exactly as the disclosure completed above.

WARNING: Federal law and State law require that you state the mileage in connection with transfer of ownership. Providing a false statement may result in fines or imprisonment.

I/WE STATE THAT THIS ☐ 5 DIGIT OR ☐ 6 DIGIT ODOMETER NOW READS, ☐☐☐,☐☐☐ . ☒ (NO TENTHS) MILES,
DATE READ __ __ / __ __ / __ __ , AND I/WE HEREBY CERTIFY THAT TO THE BEST OF MY/OUR KNOWLEDGE THE ODOMETER READING:

☐ 1. REFLECTS ACTUAL MILAGE          ☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS.          ☐ 3. IS NOT THE ACTUAL MILEAGE
                                                                                                 WARNING ODOMETER DISCREPANCY
UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Seller's Signature _____          Seller's Printed Name _____
                    (For Dealership / Business)                                    (For Dealership / Business)

Business Address _____          City _____          State _____          Zip _____

Purchaser's Signature _____          Purchaser's Printed Name _____

Co Purchaser's Signature _____          Co Purchaser's Printed Name _____

Purchaser's Name _____          Street Address _____

City _____          State _____          Zip _____

PART C. CERTIFICATION BY ATTORNEY IN FACT (Person completing Part C must be the same person transferring information and signing the title)
I, **INALVIS GARCIA** _____ , hereby certify that the mileage I have disclosed on the title document is
(Print Name of Person exercising above power(s) of attorney)
consistent with that provided to me in the above power(s) of attorney. Further, upon examination of the title and any reassignment documents for the vehicle described above, the mileage disclosure I have made on the title pursuant to the power of attorney is the same or greater than that previously stated on the title reassigned documents. This certificate is not intended to create, nor does it create any new or additional liability under Federal or State law.
UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Signature _____          Date   **01/21/2022**          Printed Name   **INALVIS GARCIA**  **BOMNIN CHEVROLET DADELAND**

Street Address   **8455 S Dixie Hwy**          City   **Miami**          State   **FL**          Zip   **33143**

ORIGINAL:DMS Copy (with Title)          GOLD COPY:Dealer/Business          YELLOW COPY:Part A Seller

**NOTICE: ANY ALTERATION OR ERASURE MAY VOID THIS DOCUMENT**

FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
# APPLICATION FOR CERTIFICATE OF TITLE WITH/WITHOUT REGISTRATION
SUBMIT THIS FORM TO YOUR LOCAL TAX COLLECTOR OFFICE
www.flhsmv.gov/offices/

*LEIN*

CHECK APPLICATION TYPE: ☐ ORIGINAL ☑ TRANSFER  VEHICLE TYPE: ☑ MOTOR VEHICLE ☐ MOBILE HOME ☐ VESSEL  OFF-HIGHWAY VEHICLE: ☐ ATV ☐ ROV ☐ MC

## 1 OWNER / APPLICANT INFORMATION

| Customer Number | Check this box if you are requesting the certificate of title to be printed. | Are you a Florida resident? ☑ yes ☐ no | Owner — Co-Owner ☐ yes ☑ no | Unit Number | Fleet Number |
|---|---|---|---|---|---|
| | | Are you an alien? ☐ yes ☑ no | Are you an alien? ☐ yes ☑ no | | |

☐ OR ☑ AND  NOTE: When joint ownership, please indicate if "or" or "and" is to be shown on title when issued. If neither box is checked, the title will be issued with "and."

If applicable: ☐ Life Estate/Remainder Person ☐ Tenancy By the Entirety ☐ With Rights of Survivorship  ☑ Owner's County of Residence: Miami-Dade County

| Owner's Name As It Appears on Driver License (First, Full Middle/Maiden, & Last Name) | Owner's Email Address | Date of Birth | Sex | FL Driver License or FEID/Suffix # |
|---|---|---|---|---|
| Wearen James Henry, Jr | | | | |
| Co-Owner/Lessee's Name As It Appears on Driver License (First, Full Middle/Maiden, & Last Name) | Co-Owner/Lessee's Email Address | Date of Birth | Sex | FL Driver License or FEID/Suffix # |
| Wiggins Moises Jermaine | | | | |
| Owner's Mailing Address (Mandatory unless a member of the Military) | City | | State | Zip |
| | | | | |
| Mobile Home Physical Address (if applicable) Check if in a mobile home rental park with 10 or more lots. | City | | State | Zip |
| Mail To Customer Name (if different From Above Owner) | Mail To Customer's Email Address | Date of Birth | Sex | FL Driver License or FEID/Suffix # |
| Mail To Customer Address (if different From Above Mailing Address) | City | | State | Zip |

## 2 MOTOR VEHICLE, MOBILE HOME OR VESSEL DESCRIPTION

| Vehicle/Vessel Identification Number | Make/Manufacturer | Year | Body | Color | Florida Title Number |
|---|---|---|---|---|---|
| 2700 | GMC | 2014 | SUV | wht | 132537478 |

| Previous State of Issue | License Plate or Vessel Registration Number | Weight | Length | BHP/ICC | GVWR/LOC | VAN USE, IF APPLICABLE ☐ PASSENGER ☐ OTHER |
|---|---|---|---|---|---|---|
| FL | | 4656 | FT.   In. | | | |

### TYPE
☐ Open Motorboat ☐ Houseboat ☐ Personal Watercraft
☐ Cabin Motorboat ☐ Pontoon ☐ Canoe
☐ Auxiliary Sailboat ☐ Airboat ☐ Other _____ Specify
☐ Inflatable ☐ Sailboat

### HULL MATERIAL
☐ Wood ☐ Aluminum
☐ Fiberglass ☐ Steel
☐ Wood/Fiberglass
☐ Other _____ Specify

### PROPULSION
☐ Outboard ☐ Sail
☐ Inboard ☐ Air Propelled
☐ Inboard/Outboard
☐ Other _____ Specify

### FUEL
☐ Gas ☐ Diesel
☐ Electric
☐ Other _____ Specify

"DRAFT OF VESSEL" (The depth of water a vessel draws)
FT. _____ In. _____
*For all vessels 26' or more in length and all sailboats

### USE OF VESSEL
☐ Recreational (Pleasure) ☐ Commercial Blue Crab ☐ Commercial Stone Crab ☐ Government ☐ Commercial Sponge
☐ Dealer/Manuf. ☐ Commercial Fish ☐ Commercial Live Bait ☐ Commercial Shrimp Recip. ☐ Commercial Charter ☐ Commercial Other
☐ Exempt ☐ Hire (Livery) ☐ Commercial Mackerel ☐ Commercial Shrimp Non-Recip. ☐ Commercial Oyster ☐ Commercial Spiney Lobster

Previously Federally Documented Vessel, Attach Copy of:
☐ U.S. Coast Guard Release from Documentation Form; or  ☐ Copy of Canceled Documentation Papers

State of Principal Use

PREVIOUS OUT-OF-STATE REGISTRATION NUMBER:

## 3 BRANDS, USAGE AND TYPE (Check Applicable Boxes)
☐ SHORT TERM LEASE ☐ LONG TERM LEASE ☐ REBUILT ☐ PRIVATE USE ☐ TAXI CAB ☐ NEW ☐ CUSTOM
☐ ASSEMBLED FROM PARTS ☐ BONDED TITLE ☐ KIT CAR ☐ GLIDER KIT ☐ POLICE VEHICLE ☐ MANUF. BUY BACK ☐ REPLICA ☐ NON-MASS ☐ ELECTRIC ☐ STREET ROD

## 4 LIENHOLDER INFORMATION

| CHECK IF ELT CUSTOMER | ☑ FEID # ☐ DL # and Sex and Date of Birth ☐ DMV Account # 2330517243 | Date of Lien 2/21/2023 | Lienholder's Name CFS OF SOUTH FLORIDA | | |
|---|---|---|---|---|---|
| Lienholder's Email Address | 7980 Pine Blvd | | City PEMBROKE PINES | State FL | Zip 33024 |

☐ If Lienholder authorizes the Department to send the motor vehicle or mobile home title to the owner, check box and countersign: (Does not apply to vessels). If box is not checked, the title will be mailed to the first lienholder.

(Signature of Lienholder's Representative)

## 5 TRANSFER TYPE
IF OWNERSHIP HAS TRANSFERRED, HOW AND WHEN WAS THE VEHICLE, MOBILE HOME, OR VESSEL ACQUIRED?
☑ SALE ☐ GIFT ☐ REPOSSESSION ☐ COURT ORDER ☐ OTHER (SPECIFY) _____  DATE ACQUIRED 02 / 21 / 2023

## 6 ODOMETER DECLARATION
WARNING: Federal and State law requires that you state the mileage in connection with an application for a Certificate of Title. Failure to complete or providing a false statement may result in fines or imprisonment.

I/WE STATE THAT THIS ☐ 5 OR ☑ 6 DIGIT ODOMETER NOW READS | 0 | 9 | 0 | 9 | 8 | 6 | .XX (No TENTHS) MILES, DATE READ 02 / 21 / 2023, AND I/WE HEREBY CERTIFY THAT TO THE BEST OF MY/OUR KNOWLEDGE THE ODOMETER READING:

☐ 1. REFLECTS ACTUAL MILEAGE. ☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS. ☑ 3. IS NOT THE ACTUAL MILEAGE.

## 7 DEALER SALES TAX REPORT AND VEHICLE TRADE IN INFORMATION (IF APPLICABLE)

| FLORIDA SALES TAX REGISTRATION NUMBER | DATE OF SALE | DEALER LICENSE NUMBER | AMOUNT OF TAX | DEALER / AGENT SIGNATURE |
|---|---|---|---|---|
| 25840433 | 2/21/2023 | VI11280821 | 807.65 | |
| YEAR OF TRADE IN | MAKE OF TRADE IN | TITLE NUMBER OF TRADE IN (if KNOWN) | VEHICLE IDENTIFICATION NUMBER OF TRADE IN | |

HSMV 82040 – REV. 11/15     RULE 15C-21.001, FAC     www.flhsmv.gov

| 8 | MOTOR VEHICLE IDENTIFICATION NUMBER VERIFICATION |
|---|---|

THIS SECTION REQUIRES A PHYSICAL INSPECTION AND A VERIFICATION OF THE VEHICLE IDENTIFICATION NUMBER (VIN) (OR THE MOTOR NUMBER FOR MOTOR VEHICLES MANUFACTURED PRIOR TO 1955) OF THE MOTOR VEHICLE DESCRIBED ON THIS FORM BY A LICENSED DEALER, FLORIDA NOTARY PUBLIC, POLICE OFFICER, OR FLORIDA DIVISION OF MOTOR VEHICLES EMPLOYEE OR TAX COLLECTOR EMPLOYEE. IF THE VIN IS VERIFIED BY AN OUT OF STATE MOTOR VEHICLE DEALER, THE VERIFICATION MUST BE SUBMITTED ON THEIR LETTERHEAD STATIONERY.  COMPLETE THIS SECTION ON ALL USED MOTOR VEHICLES, INCLUDING TRAILERS, (WITH ABBREVIATION OF "TL" WITH A WEIGHT OF 2,000 POUNDS OR MORE) NOT CURRENTLY TITLED IN FLORIDA.

I, the undersigned, certify that I have physically inspected the above described vehicle and find the vehicle identification number to be:

_____     _____ (Vehicle Identification Number)

_____     _____     _____
DATE                              SIGNATURE                                                        PRINTED NAME

Law Enforcement Officer or Florida Dealer/Agency Name _____ Badge # or Florida Dealer # _____     Notary Stamp or Seal

FL DMV/Tax Collector Employee _____ Florida Compliance Examiner/Inspector Badge or ID Number_____

COMMISSIONED NAME OF FLORIDA NOTARY: _____
                                                  (Print, Type or Stamp)          NOTARY'S SIGNATURE _____

| 9 | SALES TAX EXEMPTION CERTIFICATION |
|---|---|

THE PURCHASE OF A RECREATIONAL VEHICLE TO BE OFFERED FOR RENT AS LIVING ACCOMMODATIONS DOES NOT QUALIFY FOR EXEMPTION. I CERTIFY THE RECREATIONAL VEHICLE, MOBILE HOME OR VESSEL DESCRIBED HAS BEEN PURCHASED AND IS EXEMPT FROM THE SALES TAX IMPOSED BY CHAPTER 212, FLORIDA STATUTES, BY:

☐ PURCHASER (STATE AGENCIES, COUNTIES, ETC.) HOLDS VALID EXEMPTION CERTIFICATE     CONSUMER'S CERTIFICATE OF EXEMPTION NUMBER _____

☐ MOTOR VEHICLE   ☐ MOBILE HOME   ☐ VESSEL WILL BE USED EXCLUSIVELY FOR RENTAL     SALES TAX REGISTRATION NUMBER _____

I hereby certify that ownership of the motor vehicle, mobile home or vessel described on this application, is not subject to Florida Sales and Use Tax for the following reason: ☐ INHERITANCE   ☐ GIFT

☐ DIVORCE DECREE   ☐ TRANSFER BETWEEN A MARRIED COUPLE   ☐ EVEN TRADE OR TRADE DOWN (State the facts of the even trade or trade down and the transferor information, including the transferor's name and address, below under "Other: Explain.")

☐ OTHER: (EXPLAIN) _____

| 10 | REPOSSESSION DECLARATION |
|---|---|

IF CHECKED, THE FOLLOWING CERTIFICATIONS ARE MADE BY THE APPLICANT:

☐ I CERTIFY THAT THIS MOTOR VEHICLE, MOBILE HOME OR VESSEL WAS REPOSSESSED UPON DEFAULT IN THE TERMS OF THE LIEN INSTRUMENT AND IS NOW IN MY POSSESSION.

☐ (VESSEL) A PHOTOCOPY OF THE LIEN INSTRUMENT FOR THE VESSEL IS REQUIRED AND ATTACHED.

☐ I AM REQUESTING THAT AN ORIGINAL CERTIFICATE OF REPOSSESSION BE ISSUED FOR THE MOTOR VEHICLE OR MOBILE HOME IN LIEU OF A TITLE (REPOSSESSION).

☐ I AM REQUESTING THAT A DUPLICATE CERTIFICATE OF REPOSSESSION BE ISSUED FOR THE MOTOR VEHICLE OR MOBILE HOME, AS THE ORIGINAL HAS BEEN LOST OR DESTROYED.

| 11 | NON-USE AND OTHER CERTIFICATIONS |
|---|---|

IF CHECKED, THE FOLLOWING CERTIFICATIONS ARE MADE BY THE APPLICANT:

☐ I CERTIFY THAT THE CERTIFICATE OF TITLE IS LOST OR DESTROYED.

☒ THE VEHICLE IDENTIFIED WILL NOT BE OPERATED ON THE STREETS AND HIGHWAYS OF THIS STATE UNTIL PROPERLY REGISTERED.

☐ THE VESSEL IDENTIFIED WILL NOT BE OPERATED ON THE WATERS OF THIS STATE UNTIL PROPERLY REGISTERED.

☐ OTHER: (EXPLAIN) _____

| 12 | APPLICATION ATTESTATION AND SIGNATURES |
|---|---|

I/WE PHYSICALLY INSPECTED THE ODOMETER/VIN AND FURTHER AGREE TO DEFEND THE TITLE AGAINST ALL CLAIMS.  (More than one form HSMV 82040 may be used for additional signatures.)

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

_James H Wixon Jr_          2/21/23          _Muuu Wiggins_          2/21/23
SIGNATURE OF APPLICANT (OWNER)      Date           SIGNATURE OF APPLICANT (CO-OWNER)      Date

| 13 | RELEASE OF SPOUSE OR HEIRS INTEREST |
|---|---|

The undersigned person(s) state(s) as follows: That _____ died on _____ .
                                                                       (Name of Deceased)                                              (Date)

☐ testate (with a will)          ☐ intestate (without a will) and left the surviving heir(s) named below.

☐ When applicable, the heir(s) (named below) certifies that the certificate of title is lost or destroyed.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.
                                                                (More than one form HSMV 82040 may be used for additional signatures.)

Print or Type Name of Spouse, Co-owner or Heir(s)                              Signature of Spouse, Co-Owner or Heir(s)

_____          _____

_____          _____

That at the time of death the decedent was owner of the motor vehicle, mobile home or vessel described in section 2 of this form.  The person(s) signing above hereby releases all of his/her/their right, title, interest and claim as heir(s) at law, legatee(s), devisee(s), or otherwise to the aforesaid motor vehicle, mobile home or vessel to:

_____
Name of Applicant(s) (Print or Type)

RESIDENTS OF FLORIDA AND ALL VESSEL OWNERS, RESIDING IN FLORIDA OR OUT OF STATE, SHOULD SUBMIT THIS FORM AND ALL REQUIRED DOCUMENTATION TO A LOCAL FLORIDA TAX COLLECTOR'S OFFICE OR THE FLORIDA TAX COLLECTOR'S OFFICE LOCATED IN THE APPLICANT'S COUNTY OF RESIDENCE FOR PROCESSING.
Check your local phone book government pages or visit the following website for current mailing addresses: http://www.flhsmv.gov/offices/
www.flhsmv.gov

**HSMV 82040 – REV. 11/15**     RULE 15C-21.001, FAC

SCAN TRANSACTION NUMBER
688900125

DEALER LICENSE
TYPE    NUMBER          BUSINESS TYPE                                    ACTIVE LOTS: 1
VI  /1128082    >>      CORPORATION                                      TOTAL LOTS:  1
LICENSE STATUS          ACTIVE              LICENSE STATUS      ALERTS
                                            DATE

LICENSEE FEID /         473598269   / X AUTO IMPORT & EXPORT CORP          ...
NAME:
LOT SPECS:
LICENSE        1    LOT TYPEPRIMARY     LOCATION STATUSOPEN                          MANUFACT.
SUFFIX                                                                              APPROVAL
ASSOCIATE SFX                                         LEGACY LICENSE
                                                       TYPE / NUM /
                                                         SUFFIX                     BUSINESS
DBA NAME X AUTO SALES                                  /        /    ...            OWNERS

PHYSICAL ADDR.  9937 NW 27 AVE                                                      OFFICERS
  CITY          MIAMI                      ST   FL   ZIPCODE33147 -
  /COUNTRY                                 FOREIGN POSTAL
                                           CODE
  REGION / ZONE 10  / B          COUNTY  1 MIAMI-DADE                               MANAGEMENT
MAILING ADDR.   9937 NW 27TH AVE                                                    EMPLOYEES
  CITY          MIAMI                      ST   FL   ZIPCODE33147 -
  COUNTRY                                  FOREIGN POSTAL                           BACKGROUND

EMAIL ADDRESS    XAUTOSALES99@GMAIL.COM                    BIENNIAL        T
                                                          LICENSE
EFFECTIVE DATE  03/24/2022   EXPIRATION DATE   04/30/2024 ISSUE DATE     10/21/2022 INSURANCE
ACQUIRED DATE               LEASE LOCATION           T   INITIAL ISSUE  03/07/2019
                                                         DATE:
MC <= 50CC                   MC > 50 CC                   MINI TRUCK
DEVELOPMENTAL DEALER         USED VEHICLE                 LOW SPEED VEHICLE         BOND
                             ONLY
RV SALES                                                 CAPITALIZATION
                                                         YEAR
% OF OWNERSHIP
  PHONE                      RECORDS INSPECTION           SALESPERSON               PRINT
  COMPLAINTS                 SITE INSPECTION              LINE MAKES
  REGISTRATION               CURBSTONER                   PERMITS

SCAN TRANSACTION NUMBER
6961Z1110

| CNTY# | AGY# | SUB# | RPT# |
|---|---|---|---|
| 1 | 22 | JZR | 7375 |

AUDIT #

L# 3732979
T# 1777784167
B# 3117630
S# 97471904

**STATE OF FLORIDA**
**APPLICATION FOR VEHICLE/VESSEL**
**CERTIFICATE OF TITLE**

| TITLE NUMBER | VEHICLE/VESSEL IDENTIFICATION # | YR. MAKE | MAKE or MANUFACTURER | BODY TYPE | VEHICLE COLOR | WT/LENGTH | GVW/LOC |
|---|---|---|---|---|---|---|---|
| 132537478 | 2700 | 2014 | GMC | UT | WHI | 4656 | |

| DATE OF ISSUE MO. DAY YEAR | TRANS CODE | VEHICLE USE | HULL MATERIAL | PROPULSION | FUEL | VESSEL TYPE | WATER | FL NUMBER | AUTH DESTRUCTION |
|---|---|---|---|---|---|---|---|---|---|
| 03 06 23 | TRT | PRIVATE | | | | | | | |

BIRTHDATE
SEX MO. DAY YEAR   Y   RESIDENT   CNTY
N   ALIEN   RES #

Applicant/Owner's Name & Address
JAMES HENRY WEAREN JR AND MOSES JERMAINE WIGGINS

X   1

1st OWNER FL/DL# OR F.E.I.D.#      2nd OWNER FL/DL# OR UNIT #

VOLUNTARY CONTRIBUTIONS

| AGENCY FEE | TITLE FEE | SALES TAX | GRAND TOTAL |
|---|---|---|---|
| 4.75 | 73.00 | 0.00 | 77.75 |

**Action Requested:** TRANSFER TITLE          **Brands:**
RETAINED AS ELECTRONIC TITLE

| PREV. STATE | DATE ACQUIRED | NEW | USED | ODOMETER / VESSEL MANUFACTURER | ODOMETER DECLARATION CERTIFICATION |
|---|---|---|---|---|---|
| FL | 02/21/2023 | | XX | 90,986 MILES 02/21/2023 ACTUAL | |

**LIEN INFORMATION**

| | DATE OF LIEN | RECEIVED DATE | FEID # OR FL / DL AND SEX AND DATE OF BIRTH | DMV ACCOUNT # |
|---|---|---|---|---|
| ELT | 02/21/2023 | 03/06/2023 | 264278116-02 | 233651743 |

NAME OF FIRST LIENHOLDER:
CFS OF SOUTH FLORIDA, LLC
ADDRESS
ELECTRONIC LIEN                SALVAGE TYPE

**SELLER INFORMATION**
NAME OF SELLER, FLORIDA DEALER, OR OTHER PREVIOUS OWNER
X AUTO SALES
ADDRESS
9937 NW 27 AVE
MIAMI, FL 33147
DEALER LICENSE NO.
VI11280821                     CONSUMER OR SALES TAX EXEMPTION #

**SALES TAX AND USE REPORT**

TRANSFER OF TITLE ☐ PURCHASER HOLDS VALID      INDICATE TOTAL PURCHASE PRICE, INCLUDING ANY   $
IS EXEMPT FROM    EXEMPTION CERTIFICATE         UNPAID BALANCE DUE SELLER, BANK OR OTHERS
FLORIDA SALES OR ☑ VEHICLE / VESSEL WILL BE     INDICATE SALES OR USE TAX DUE AS PROVIDED BY CHAPTER $   0.00
USE TAX FOR THE    USED EXCLUSIVELY FOR RENTAL  212, FLORIDA STATUTES
REASON(S) CHECKED ☐ OTHER
                                               ☐ SELLING PRICE VERIFIED

**APPLICANT CERTIFICATION**
I/WE HEREBY CERTIFY THAT THE VEHICLE/VESSEL TO BE TITLED WILL NOT BE OPERATED UPON THE PUBLIC HIGHWAYS/WATERWAYS OF THIS STATE.
☐ I CERTIFY THAT THE CERTIFICATE OF TITLE IS LOST OR DESTROYED.
☐ I CERTIFY THAT THIS MOTOR VEHICLE/VESSEL WAS REPOSSESSED UPON DEFAULT OF THE LIEN INSTRUMENT AND IS NOW IN MY POSSESSION.
I/WE HEREBY CERTIFY THAT I/WE LAWFULLY OWN THE ABOVE DESCRIBED VEHICLE/VESSEL, AND MAKE APPLICATION FOR TITLE. IF LIEN IS BEING RECORDED NOTICE IS HEREBY GIVEN THAT THERE IS AN EXISTING WRITTEN LIEN INSTRUMENT INVOLVING THE VEHICLE/VESSEL DESCRIBED ABOVE AND HELD BY LIENHOLDER SHOWN ABOVE. I/WE FURTHER AGREE TO DEFEND THE TITLE AGAINST ALL CLAIMS.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Signature of Applicant/Owner                    Signature of Applicant/Co-Owner

HSMV 82041 REVISED 02/06        SCAN CODE    MVT

I UNDERSTAND THAT MY DRIVER LICENSE AND REGISTRATIONS WILL BE SUSPENDED IMMEDIATELY IF THE INSURER DENIES
THE INSURANCE INFORMATION SUBMITTED FOR THIS REGISTRATION.

# STATE OF FLORIDA

Mail Lien Satisfactions: Dept of Highway Safety and Motor Vehicles, Neil Kirkman Building, Tallahassee, FL 32399-0500

T# 1589360791
B# 1523612

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| 2700 | 2014 | GMC | UT | 4656 | | 132537478 |

Registered Owner:    Date of Issue   10/22/2018

MARCEL PAUL

BD
J256723B

Mail To:    BOMNIN CHEVROLET
8455 SOUTH DIXIE HWY
MIAMI, FL 33143

**LIEN SATISFACTION**

Lien Release
Interest in the described vehicle is hereby released
By _____
Title _____
Date _____

**IMPORTANT INFORMATION**
1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel: http://www.hsmv.state.fl.us/html/titlinf.html

---

# CERTIFICATE OF TITLE

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| 2700 | 2014 | GMC | UT | 4656 | | 132537478 |

Lien Release
Interest in the described vehicle is hereby released   By _____

| Prev. State | Color | Primary Brand | Secondary Brand | No of Brands | Use | Prev Issue Date |
|---|---|---|---|---|---|---|
| OH | WHI | | | | PRIVATE | |

Title _____

| Odometer Status or Vessel Manufacturer or OH use | Engine Drive | Hull Material | Prop | Date of Issue |
|---|---|---|---|---|
| 48,248 MILES 09/29/2018 ACTUAL | | | | 10/22/2018 |

Registered Owner
MARCEL PAUL

1st Lienholder
ELECTRONIC TITLE PRIOR TO 01/18/2022

DIVISION OF MOTORIST SERVICES          TALLAHASSEE          FLORIDA          DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

Robert R. Kynoch
Robert R. Kynoch
Director

Control Number   154155380
1 /3   154155380

Terry L. Rhodes
Terry L. Rhodes
Executive Director

**TRANSFER OF TITLE BY SELLER** (This section must be completed at the time of sale.)
Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership.
Failure to complete or providing a false statement may result in fines and/or imprisonment.
This certificate is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name: **BOMNIN CHEVROLET DADELAND**   Address: **8455 So Dixie Hwy, Miami, FL 33143**

Seller Must Enter Selling Price: _____  BD  J187,792   Seller Must Enter Date Sold: 12-21-21

I/We state that this ☐ 5 or ☒ 6 digit odometer now reads (__ __ __ __ __ X) (no tenths) miles, date read 12-21-21 and hereby certify that to the best of my knowledge the odometer reading:
☒ 1. reflects ACTUAL MILEAGE.   ☐ 2. is IN EXCESS OF ITS MECHANICAL LIMITS.   ☐ 3. is NOT THE ACTUAL MILEAGE.
UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SELLER Must Sign Here: _____ (POA) for MARCE   CO-SELLER Must Sign Here: _____

Print Here: Inalvis Garcia - AGT   Paul   Print Here: _____

Selling Dealer's License Number: _____   Tax No.: _____   Tax Collected: _____

Auction Name: _____   License Number: _____

PURCHASER Must Sign Here: **BOMNIN CHEVROLET DADELAND**   CO-PURCHASER Must Sign Here: _____

Print Here: AGT   Print Here: _____

NOTICE-PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE.

HSMV 82250 (REV. 3/15)          **STATE OF FLORIDA**

SCAN TRANSACTION NUMBER
696171112

**STATE OF FLORIDA**
**DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES**
**DIVISION OF MOTOR VEHICLES**
2900 Apalachee Parkway • Neil Kirkman Building • Tallahassee, FL 32399-0620
**Notice of Sale of Motor Vehicle, Mobile Home or Vessel**

Section 319.22(2), Florida Statutes, requires that the seller file a Notice of Sale with the department within 30 days after the sale or transfer of the motor vehicle, vessel or mobile home. Filing this form removes any civil liability for the operation of the sold motor vehicle, vessel or mobile home. In addition to filing this form, we suggest you keep a copy of your bill of sale (we suggest it be notarized), certificate of title or other type of transaction document showing the vehicle was sold. **Complete the information below, tear the top portion of this document at the perforation and mail to the address above or submit to your local tax collector's office or license plate agency.**

I have this ____ day of ____, ____ transferred by assignment of and delivered Florida Certificate of Title to:

Name: Purchaser(s) _____ Purchaser's DL/ID _____
First _____ MI _____ Last _____

Address _____ Selling Price $ _____

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Seller's Signature _____ Co-Seller's Signature _____

**NOTE: THE SUBMISSION OF THIS FORM, ACCURATELY COMPLETED, TO A TAX COLLECTOR'S OFFICE, LICENSE PLATE AGENCY OR TO THE ADDRESS ABOVE WILL ALLOW THE TITLE CLERK TO UPDATE THE DMV DATABASE TO REFLECT THE TITLE RECORD AS "SOLD". HOWEVER, THE OWNERSHIP STATUS WILL NOT CHANGE UNTIL THE PURCHASER APPLIES FOR AND IS ISSUED A CERTIFICATE OF TITLE.**

---

BOMNIN CHEVROLET DADELAND
8455 So. Dixie Hwy, Miami FL 33143
23-801565723-1

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX — 1. REFLECTS ACTUAL MILEAGE — 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS) — 3. IS NOT THE ACTUAL MILEAGE WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here: Michell Frederick Agt
Print Here: Michelle Frederick Agt

Seller/Agent Must Print Here: BOMNIN CHEVROLET DADELAND J. Peña - AGT

Auction Name (When Applicable): MANHEIM ORLANDO VA#1004769#12

---

Selling Dealer's Name: The Auto Warehouse
License No.: 7157
Selling Dealer's Address: 3632 N Cicero Ave Chicago IL 60641
Purchaser's Name(s): X Auto Imports & Export DBA / X Auto Sales
Address: 9937 NW 27 Ave Miami FL 33147
Tax No.: F/S
Tax Collected: 108.02

I/WE STATE THAT THIS 5 OR [X] 6 DIGIT ODOMETER NOW READS _____ (NO-TENTHS) MILES, DATE READ _____, AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX — [X] 1. REFLECTS ACTUAL MILEAGE — 2. IS IN EXCESS OF ITS MECHANICAL LIMITS — 3. IS NOT THE ACTUAL MILEAGE

Purchaser Must Sign Here: _____
Print Here: TALIAN DAZA

Seller/Agent Must Sign Here: Michelle Frederick Agt
Print Here: Michelle Frederick Agt

Auction Name (When Applicable): _____

---

Selling Dealer's License No.: VI-1128082-1
Selling Dealer's Name: X Auto Import & Export
Selling Dealer's Address: 9937 NW 27 Ave Miami FL 33147
Purchaser's Name(s): WARREN, JAMES HENRY JR & WIGGINS, MOISES 10765 SW 147ST Miami FL 33176
Tax No.: 2584 1033
Tax Collected: 808.65
Date Sold: 2/21/23

I/WE STATE THAT THIS 5 OR [X] 6 DIGIT ODOMETER NOW READS _____ (NO-TENTHS) MILES, DATE READ 2.21.23, AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX — 1. REFLECTS ACTUAL MILEAGE — 2. IS IN EXCESS OF ITS MECHANICAL LIMITS — [X] 3. IS NOT THE ACTUAL MILEAGE WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here: James H. Warren Jr
Print Here: James Henry Warren Jr

Co-Purchaser Must Sign Here: Moise Wiggins
Print Here: Moises Verinique Wiggins

SCAN TRANSACTION NUMBER

696171113

**STATE OF FLORIDA**
**DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES**
**DIVISION OF MOTOR SERVICES**
2900 Apalachee Parkway - Tallahassee, FL 32399-0610

HSMV 82995 (REV. 01/21)5 (Instructions on Reverse Side)

**MOTOR VEHICLE POWER OF ATTORNEY/ODOMETER DISCLOSURE**

This form may be used when title is physically held by lienholder or when the title has been lost. This form must be submitted to the state by the person exercising Powers of Attorney. Failure to do so may result in fines or imprisonment.

| VEHICLE DESCRIPTION | | | | | | |
|---|---|---|---|---|---|---|
| Vehicle Identification Number 2700 | Year 2014 | Make GMC | Model ACADIA | Body UT | Title No. 132537478 | |

**PART A. TRANSFEROR (SELLER'S) POWER OF ATTORNEY TO DISCLOSE MILEAGE**

I/We, MARCEL PAUL appoint Bomnin Chevrolet Dadeland
(Print Seller's Name) (Print Name of Dealership/Business)

as of 12/21/2021 as my/our attorney-in-fact with full authority to transfer title, to satisfy any lien and to disclose the mileage for the vehicle
(Date)
described above, exactly as stated in the following disclosure.

**WARNING:** Federal law and State law require that you state the mileage in connection with transfer of ownership. Providing a false statement may result in fines or imprisonment.

I/WE STATE THAT THIS ☐ 5 DIGIT OR ☒ 6 DIGIT ODOMETER NOW READS, 1 8 7 7 9 9 2 . xx (NO TENTHS) MILES,
DATE READ 1 2 2 1 2 1 , AND I/WE HEREBY CERTIFY THAT TO THE BEST OF MY/OUR KNOWLEDGE THE ODOMETER READING:

☒ 1. REFLECTS ACTUAL MILEAGE         ☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS.         ☐ 3. IS NOT THE ACTUAL MILEAGE
                                                                                                    WARNING ODOMETER DISCREPANCY
UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

**TRANSFEROR (Seller):**

Seller's Signature _____ Seller's Printed Name MARCEL PAUL

Co Seller's Signature _____ Co Seller's Printed Name _____

Seller's Street Address ████████████

**TRANSFEREE (Purchaser):**

Purchaser's Signature _____ Purchaser's Printed Name JOHANNY PEÑA

Purchaser's Dealership Name Bomnin Chevrolet Dadeland Dealer License No. VF 1032657-1
(Print Name of Dealership/Business)

Business Address 8455 S Dixie Hwy City Miami State FL Zip 33143

**PART B. TRANSFEREE (PURCHASER) POWER OF ATTORNEY TO REVIEW TITLE DOCUMENTS AND ACKNOWLEDGE DISCLOSURE. (PART B IS INVALID UNLESS PART A HAS BEEN COMPLETED.)**

I/We, _____ appoint _____
(Print Purchaser's Name) (Print Name of Dealership/Business)

as of _____ as my/our attorney-in-fact for the purpose of and with full authority to apply for title and/or registration, to file a lien and
(Date)
to sign the mileage disclosure on the title for the vehicle described above, only if the disclosure is exactly as the disclosure completed below.

**WARNING:** Federal law and State law require that you state the mileage in connection with transfer of ownership. Providing a false statement may result in fines or imprisonment.

I/WE STATE THAT THIS ☐ 5 DIGIT OR ☐ 6 DIGIT ODOMETER NOW READS, ☐☐☐,☐☐☐ . xx (NO TENTHS) MILES,
DATE READ __ __ / __ __ / __ __ , AND I/WE HEREBY CERTIFY THAT TO THE BEST OF MY/OUR KNOWLEDGE THE ODOMETER READING:

☐ 1. REFLECTS ACTUAL MILEAGE         ☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS.         ☐ 3. IS NOT THE ACTUAL MILEAGE
                                                                                                    WARNING ODOMETER DISCREPANCY
UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

**TRANSFEROR (Seller):**

Seller's Signature _____ Seller's Printed Name _____
(For Dealership / Business) (For Dealership / Business)

Business Address _____ City _____ State _____ Zip _____

**TRANSFEREE (Purchaser):**

Purchaser's Signature _____ Purchaser's Printed Name _____

Co Purchaser's Signature _____ Co Purchaser's Printed Name _____

Purchaser's Name _____ Street Address _____

City _____ State _____ Zip _____

**PART C. CERTIFICATION BY ATTORNEY IN FACT** (Person completing Part C must be the same person transferring information and signing the title.)
I, INALVIS GARCIA , hereby certify that the mileage I have disclosed on the title document is
(Print Name of Person exercising above power(s) of attorney)
consistent with that provided to me in the above power(s) of attorney. Further, upon examination of the title and any reassignment documents for the vehicle described
above, the mileage disclosure I have made on the title pursuant to the power of attorney is the same or greater than that previously stated on the title reassigned
documents. This certificate is not intended to create, nor does it create any new or additional liability under Federal or State law.
UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Signature _____ Date 01/21/2022 INALVIS GARCIA BOMNIN CHEVROLET DADELAND

Street Address 8455 S Dixie Hwy City Miami State FL Zip 33143

ORIGINAL :DMS Copy (with Title)         GOLD COPY:Dealer/Business         YELLOW COPY:Part A Seller

**NOTICE: ANY ALTERATION OR ERASURE MAY VOID THIS DOCUMENT**

LEIN

**FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES**
## APPLICATION FOR CERTIFICATE OF TITLE WITH/WITHOUT REGISTRATION
SUBMIT THIS FORM TO YOUR LOCAL TAX COLLECTOR OFFICE
www.flhsmv.gov/offices/

CHECK APPLICATION TYPE: ☐ ORIGINAL ☑ TRANSFER  VEHICLE TYPE: ☒ MOTOR VEHICLE ☐ MOBILE HOME ☐ VESSEL  OFF-HIGHWAY VEHICLE: ☐ ATV ☐ ROV ☐ MC

### 1 — OWNER / APPLICANT INFORMATION

| Customer Number | Check this box if you are requesting the certificate of title to be printed. ☐ | Are you a Florida resident? ☒yes ☐no  Are you an alien? ☐yes ☒no | **Owner** | **Co-owner** ☐yes ☐no | Unit Number | Fleet Number |

☐ OR ☐ AND  NOTE: When joint ownership, please indicate if "or" or "and" is to be shown on title when issued. If neither box is checked, the title will be issued "and".
If applicable: ☐ Life Estate/Remainder Person ☐ Tenancy By the Entirety ☐ With Rights of Survivorship  ☒ Owner's County of Residence: Miami-Dade County

| Owner's Name As It Appears on Driver License (First, Full Middle/Maiden, & Last Name) | Owner's Email Address | Date of Birth | Sex | FL Driver License or FEID/Suffix # |
|---|---|---|---|---|
| Wearen James Henry Jr | | | | |
| Co-Owner/Lessee's Name As It Appears on Driver License (First, Full Middle/Maiden, & Last Name) | Co-Owner/Lessee's Email Address | | | Suffix # |
| Wiggins Moises Jermaine | | | | |

| Owner's Mailing Address (Mandatory unless a member of the Military) | City | State | Zip |
|---|---|---|---|
| | | | |

| Mobile Home Physical Address (if applicable) Check if in a mobile home rental park with 10 or more lots. | City | State | Zip |
|---|---|---|---|
| Mail To Customer Name (if different From Above Owner) | Mail To Customer's Email Address | Date of Birth | FL Driver License or FEID/Suffix # |
| Mail To Customer Address (if different From Above Mailing Address) | City | State | Zip |

### 2 — MOTOR VEHICLE, MOBILE HOME OR VESSEL DESCRIPTION

| Vehicle/Vessel Identification Number | Make/Manufacturer | Year | Body | Color | Florida Title Number |
|---|---|---|---|---|---|
| 2700 | GMC | 2014 | SUV | wht | 132537478 |

| Previous State of Issue | License Plate or Vessel Registration Number | Weight | Length FT. / In. | BHP/CC | GVW/LOC | VAN USE, IF APPLICABLE |
|---|---|---|---|---|---|---|
| FL | | 4656 | | | | ☐ PASSENGER ☐ OTHER |

'DRAFT OF VESSEL (The depth of water a vessel draws) FT. ___ IN. ___  *for all vessels 26' or more in length and all sailboats

**TYPE:** ☐ Open Motorboat ☐ Cabin Motorboat ☐ Auxiliary Sailboat ☐ Inflatable ☐ Houseboat ☐ Pontoon ☐ Airboat ☐ Sailboat ☐ Personal Watercraft ☐ Canoe ☐ Other Specify

**HULL MATERIAL:** ☐ Wood ☐ Fiberglass ☐ Wood/Fiberglass ☐ Other ☐ Aluminum ☐ Steel Specify

**PROPULSION:** ☐ Outboard ☐ Inboard ☐ Inboard/Outboard ☐ Other ☐ Sail ☐ Air Propelled Specify

**FUEL:** ☐ Gas ☐ Diesel ☐ Electric ☐ Other Specify

**USE OF VESSEL:** ☐ Recreational (Pleasure) ☐ Dealer/Manuf. ☐ Exempt ☐ Commercial Fish ☐ Hire (Livery) ☐ Commercial Blue Crab ☐ Commercial Live Bait ☐ Commercial Mackerel ☐ Commercial Stone Crab ☐ Commercial Shrimp Recip. ☐ Commercial Shrimp Non-Recip. ☐ Government ☐ Commercial Charter ☐ Commercial Oyster ☐ Commercial Sponge ☐ Commercial Other ☐ Commercial Spiney Lobster

PREVIOUS OUT-OF-STATE REGISTRATION NUMBER:

Previously Federally Documented Vessel, Attach Copy of:  ☐ U.S. Coast Guard Release from Documentation Form; or  ☐ Copy of Canceled Documentation Papers  State of Principal Use

### 3 — BRANDS, USAGE AND TYPE (Check Applicable Boxes)

☐ SHORT TERM LEASE ☐ LONG TERM LEASE ☐ REBUILT ☐ POLICE VEHICLE ☐ PRIVATE USE ☐ TAXI CAB ☐ LEASE ☐ CUSTOM
☐ ASSEMBLED FROM PARTS ☐ BONDED TITLE ☐ KIT CAR ☐ GLIDER KIT ☐ MANUF. BUY BACK ☐ REPLICA ☐ ECONOMIC ☐ ELECTRIC ☐ STREET ROD

### 4 — LIENHOLDER INFORMATION

| CHECK IF ELT CUSTOMER ☐ | FEID # ☐ | DL # and Sex and Date of Birth ☐ | DMV Account # ☐ 233051743 | Date of Lien 2/21/2023 | Lienholder's Name CFS OF SOUTH FLORIDA |
|---|---|---|---|---|---|

| Lienholder's Email Address | Lienholder's Address 7980 Pine Blvd | City PEMBROKE PINES | State FL | Zip 33024 |
|---|---|---|---|---|

If Lienholder authorizes the Department to send the motor vehicle or mobile home title to the owner, check box and countersign: ☐
(Does not apply to vessels). If box is not checked, the title will be mailed to the first lienholder.      (Signature of Lienholder's Representative)

### 5 — TRANSFER TYPE

IF OWNERSHIP HAS TRANSFERRED, HOW AND WHEN WAS THE VEHICLE, MOBILE HOME, OR VESSEL ACQUIRED?
☒ SALE ☐ GIFT ☐ REPOSSESSION ☐ COURT ORDER ☐ OTHER (SPECIFY)      DATE ACQUIRED 02 / 21 / 2023

### 6 — ODOMETER DECLARATION

WARNING: Federal and State law requires that you state the mileage in connection with an application for a Certificate of Title. Failure to complete or providing a false statement may result in fines or imprisonment.
I/WE STATE THAT THIS ☐ 5 OR ☑ 6 DIGIT ODOMETER NOW READS **0 9 0 , 9 8 6** .XX (NO TENTHS) MILES, DATE READ 02 / 21 / 2023 AND I/WE HEREBY CERTIFY THAT TO THE BEST OF MY/OUR KNOWLEDGE THE ODOMETER READING:
☐ 1. REFLECTS ACTUAL MILEAGE. ☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS. ☒ 3. IS NOT THE ACTUAL MILEAGE.

### 7 — DEALER SALES TAX REPORT AND VEHICLE TRADE IN INFORMATION (IF APPLICABLE)

| FLORIDA SALES TAX REGISTRATION NUMBER 2584 / 0433 | DATE OF SALE 2/21/2023 | DEALER LICENSE NUMBER VI11280821 | AMOUNT OF TAX 807.65 | DEALER / AGENT SIGNATURE |
|---|---|---|---|---|
| YEAR OF TRADE IN | MAKE OF TRADE IN | TITLE NUMBER OF TRADE IN (IF KNOWN) | VEHICLE IDENTIFICATION NUMBER OF TRADE IN | |

HSMV 82040 – REV. 11/15      RULE 15C-21.001, FAC      www.flhsmv.gov

| 8 | MOTOR VEHICLE IDENTIFICATION NUMBER VERIFICATION |
|---|---|

THIS SECTION REQUIRES A PHYSICAL INSPECTION AND A VERIFICATION OF THE VEHICLE IDENTIFICATION NUMBER (VIN) (OR THE MOTOR NUMBER FOR MOTOR VEHICLES MANUFACTURED PRIOR TO 1955) OF THE MOTOR VEHICLE DESCRIBED ON THIS FORM BY A LICENSED DEALER, FLORIDA NOTARY PUBLIC, POLICE OFFICER, OR FLORIDA DIVISION OF MOTOR VEHICLES EMPLOYEE OR TAX COLLECTOR EMPLOYEE. IF THE VIN IS VERIFIED BY AN OUT OF STATE MOTOR VEHICLE DEALER, THE VERIFICATION MUST BE SUBMITTED ON THEIR LETTERHEAD STATIONERY. COMPLETE THIS SECTION ON ALL USED MOTOR VEHICLES, INCLUDING TRAILERS, (WITH ABBREVIATION OF "TL" WITH A WEIGHT OF 2,000 POUNDS OR MORE) NOT CURRENTLY TITLED IN FLORIDA.

I, the undersigned, certify that I have physically inspected the above described vehicle and find the vehicle identification number to be: _____

(Vehicle Identification Number)

_____    _____    _____
DATE                 SIGNATURE            PRINTED NAME

Law Enforcement Officer or Florida Dealer/Agency Name _____    Badge # or Florida Dealer # _____    Notary Stamp or Seal

FL DMV/Tax Collector Employee _____    Florida Compliance Examiner/Inspector Badge or ID Number _____

COMMISSIONED NAME OF FLORIDA NOTARY: _____    NOTARY'S SIGNATURE _____
(Print, Type or Stamp)

| 9 | SALES TAX EXEMPTION CERTIFICATION |
|---|---|

THE PURCHASE OF A RECREATIONAL VEHICLE TO BE OFFERED FOR RENT AS LIVING ACCOMMODATIONS DOES NOT QUALIFY FOR EXEMPTION. I CERTIFY THE RECREATIONAL VEHICLE, MOBILE HOME OR VESSEL DESCRIBED HAS BEEN PURCHASED AND IS EXEMPT FROM THE SALES TAX IMPOSED BY CHAPTER 212, FLORIDA STATUTES, BY:

☐ PURCHASER (STATE AGENCIES, COUNTIES, ETC.) HOLDS VALID EXEMPTION CERTIFICATE    CONSUMER'S CERTIFICATE OF EXEMPTION NUMBER

☐ MOTOR VEHICLE   ☐ MOBILE HOME   ☐ VESSEL WILL BE USED EXCLUSIVELY FOR RENTAL

SALES TAX REGISTRATION NUMBER

I hereby certify that ownership of the motor vehicle, mobile home or vessel described in this application, is not subject to Florida Sales and Use Tax for the following reason:   ☐ INHERITANCE   ☐ GIFT

☐ DIVORCE DECREE   ☐ TRANSFER BETWEEN A MARRIED COUPLE   ☐ EVEN TRADE OR TRADE DOWN (State the facts of the even trade or trade down and the transferor information, including the transferor's name and address, below under "Other: Explain.")

☐ OTHER: (EXPLAIN) _____

| 10 | REPOSSESSION DECLARATION |
|---|---|

IF CHECKED, THE FOLLOWING CERTIFICATIONS ARE MADE BY THE APPLICANT:

☐ I CERTIFY THAT THIS MOTOR VEHICLE, MOBILE HOME OR VESSEL WAS REPOSSESSED UPON DEFAULT IN THE TERMS OF THE LIEN INSTRUMENT AND IS NOW IN MY POSSESSION.
☐ (VESSEL) A PHOTOCOPY OF THE LIEN INSTRUMENT FOR THE VESSEL IS REQUIRED AND ATTACHED.
☐ I AM REQUESTING THAT AN ORIGINAL CERTIFICATE OF REPOSSESSION BE ISSUED FOR THE MOTOR VEHICLE OR MOBILE HOME IN LIEU OF A TITLE (REPOSSESSION).
☐ I AM REQUESTING THAT A DUPLICATE CERTIFICATE OF REPOSSESSION BE ISSUED FOR THE MOTOR VEHICLE OR MOBILE HOME, AS THE ORIGINAL HAS BEEN LOST OR DESTROYED.

| 11 | NON-USE AND OTHER CERTIFICATIONS |
|---|---|

IF CHECKED, THE FOLLOWING CERTIFICATIONS ARE MADE BY THE APPLICANT:

☐ I CERTIFY THAT THE CERTIFICATE OF TITLE IS LOST OR DESTROYED.
☒ THE VEHICLE IDENTIFIED WILL NOT BE OPERATED ON THE STREETS AND HIGHWAYS OF THIS STATE UNTIL PROPERLY REGISTERED.
☐ THE VESSEL IDENTIFIED WILL NOT BE OPERATED ON THE WATERS OF THIS STATE UNTIL PROPERLY REGISTERED.
☐ OTHER: (EXPLAIN) _____

| 12 | APPLICATION ATTESTMENT AND SIGNATURES |
|---|---|

I/WE PHYSICALLY INSPECTED THE ODOMETER/VIN AND FURTHER AGREE TO DEFEND THE TITLE AGAINST ALL CLAIMS. (More than one form HSMV 82040 may be used for additional signatures.)

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

_James H Warren Jr_    2/21/23    _Maxine Wiggins_    2/21/23
SIGNATURE OF APPLICANT (OWNER)    Date    SIGNATURE OF APPLICANT (CO-OWNER)    Date

| 13 | RELEASE OF SPOUSE OR HEIRS INTEREST |
|---|---|

The undersigned person(s) state(s) as follows: That _____ died on _____ .
(Name of Deceased)    (Date)

☐ testate (with a will)   ☐ intestate (without a will) and left the surviving heir(s) named below.
☐ When applicable, the heir(s) (named below) certifies that the certificate of title is lost or destroyed.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.
(More than one form HSMV 82040 may be used for additional signatures.)

Print or Type Name of Spouse, Co-owner or Heir(s)    Signature of Spouse, Co-Owner or Heir(s)

_____    _____
_____    _____

That at the time of death the decedent was owner of the motor vehicle, mobile home or vessel described in section 2 of this form. The person(s) signing above hereby releases all of his/her/their right, title, interest and claim as heir(s) at law, legatee(s), devisee(s), or otherwise to the aforesaid motor vehicle, mobile home or vessel to:

_____

Name of Applicant(s) (Print or Type)

RESIDENTS OF FLORIDA AND ALL VESSEL OWNERS, RESIDING IN FLORIDA OR OUT OF STATE, SHOULD SUBMIT THIS FORM AND ALL REQUIRED DOCUMENTATION TO A LOCAL FLORIDA TAX COLLECTOR'S OFFICE OR THE FLORIDA TAX COLLECTOR'S OFFICE LOCATED IN THE APPLICANT'S COUNTY OF RESIDENCE FOR PROCESSING.
Check your local phone book government pages or visit the following website for current mailing addresses: http://www.flhsmv.gov/offices/
www.flhsmv.gov

HSMV 82040 – REV. 11/15    RULE 15C-21.001, FAC

SCAN TRANSACTION NUMBER
696171119

DEALER LICENSE
      TYPE   NUMBER        BUSINESS TYPE                              ACTIVE LOTS: 1
      VI /1128082    >>    CORPORATION              ALERTS            TOTAL LOTS:  1
      LICENSE STATUS       ACTIVE          LICENSE STATUS
                                           DATE

LICENSEE FEID /      473598269   / X AUTO IMPORT & EXPORT CORP        ...
NAME:
LOT SPECS:
LICENSE         1    LOT TYPEPRIMARY    LOCATION STATUSOPEN                MANUFACT.
SUFFIX                                                                     APPROVAL
ASSOCIATE SFX                                          LEGACY LICENSE
                                                        TYPE / NUM /
                                                        SUFFIX
DBA NAME X AUTO SALES                                    /      /   ...    BUSINESS
                                                                          OWNERS

PHYSICAL ADDR.  9937 NW 27 AVE                                             OFFICERS
      CITY       MIAMI                   ST   FL   ZIPCODE33147 -
      COUNTRY                            FOREIGN POSTAL
                                         CODE
      REGION / ZONE 10 / B          COUNTY 1    MIAMI-DADE               MANAGEMENT
MAILING ADDR.   9937 NW 27TH AVE                                          EMPLOYEES
      CITY       MIAMI                   ST   FL   ZIPCODE33147 -
      COUNTRY                            FOREIGN POSTAL                    BACKGROUND

EMAIL ADDRESS   XAUTOSALES99@GMAIL.COM                      BIENNIAL    T
                                                           LICENSE
EFFECTIVE DATE  03/24/2022   EXPIRATION DATE   04/30/2024 ISSUE DATE    10/21/2022   INSURANCE
ACQUIRED DATE             LEASE LOCATION        T  INITIAL ISSUE  03/07/2019
                                                   DATE:
MC <= 50CC                   MC > 50 CC            MINI TRUCK
DEVELOPMENTAL DEALER         USED VEHICLE         LOW SPEED VEHICLE                   BOND
                             ONLY
RV SALES                                          CAPITALIZATION
                                                  YEAR
% OF OWNERSHIP
      PHONE                   RECORDS INSPECTION   SALESPERSON           PRINT
      COMPLAINTS              SITE INSPECTION      LINE MAKES
      REGISTRATION            CURBSTONER           PERMITS



SCAN TRANSACTION NUMBER       623354046

CNTY# AGY# SUB# RPT#
1    3    JKC  5884

AUDIT #  154155380

**STATE OF FLORIDA**
**APPLICATION FOR VEHICLE/VESSEL**
**CERTIFICATE OF TITLE**

L#  2370746
T#  1589360791
B#  1523612
S#  89138337

| TITLE NUMBER | VEHICLE/VESSEL IDENTIFICATION # | YR. MAKE | MAKE or MANUFACTURER | BODY TYPE | VEHICLE COLOR | WT/LENGTH | GVW/LOC |
|---|---|---|---|---|---|---|---|
| 132537478 | 2700 | 2014 | GMC | UT | WHI | 4656 | |

| DATE OF ISSUE MO. DAY YEAR | TRANS CODE | VEHICLE USE | HULL MATERIAL | PROPULSION | FUEL | VESSEL TYPE | WATER | FL NUMBER | AUTH DESTRUCTION |
|---|---|---|---|---|---|---|---|---|---|
| 01 18 22 | PET | PRIVATE | | | | | | | |

Applicant/Owner's Name & Address
MARCEL PAUL
C/O BOMNIN CHEVROLET

J25672313

| | BIRTHDATE SEX MO. DAY YEAR | Y | RESIDENT N ALIEN | CNTY RES.# |
|---|---|---|---|---|
| | | X | | 10 |

1st OWNER FL/DL# OR F.E.I.D #

2nd OWNER FL/DL# OR UNIT #

VOLUNTARY CONTRIBUTIONS

| AGENCY FEE | TITLE FEE | SALES TAX | GRAND TOTAL |
|---|---|---|---|
| 3.50 | 6.50 | 0.00 | 10.00 |

**Action Requested:**  PRINT ELECTRONIC TITLE       **Brands:**

| PREV. STATE | DATE ACQUIRED | NEW | USED | ODOMETER / VESSEL MANUFACTURER | ODOMETER DECLARATION CERTIFICATION |
|---|---|---|---|---|---|
| OH | 10/06/2018 | | XX | 48,248 MILES 09/29/2018 ACTUAL | ☐ |

**LIEN INFORMATION**       DATE OF LIEN       RECEIVED DATE       FEID # OR FL / DL AND SEX AND DATE OF BIRTH       DMV ACCOUNT #

NAME OF FIRST LIENHOLDER:

ADDRESS                                                          SALVAGE TYPE

**SELLER INFORMATION**
NAME OF SELLER, FLORIDA DEALER, OR OTHER PREVIOUS OWNER
HGREG.COM
ADDRESS
3801 S STATE ROAD 7
WEST PARK, FL  33023-6159
DEALER LICENSE NO.
VI11234181                         CONSUMER OR SALES TAX EXEMPTION #

**SALES TAX AND USE REPORT**          INDICATE TOTAL PURCHASE PRICE, INCLUDING ANY           $
TRANSFER OF TITLE  ☐  PURCHASER HOLDS VALID          UNPAID BALANCE DUE SELLER, BANK OR OTHERS
IS EXEMPT FROM        EXEMPTION CERTIFICATE          INDICATE SALES OR USE TAX DUE AS PROVIDED BY CHAPTER  $      0.00
FLORIDA SALES OR   ☑  VEHICLE / VESSEL WILL BE       212, FLORIDA STATUTES
USE TAX FOR THE       USED EXCLUSIVELY FOR RENTAL
REASON (S) CHECKED ☐  OTHER                               ☐  SELLING PRICE VERIFIED

**APPLICANT CERTIFICATION**
☐ I/WE HEREBY CERTIFY THAT THE VEHICLE/VESSEL WILL NOT BE OPERATED UPON THE PUBLIC HIGHWAYS/WATERWAYS OF THIS STATE.

☐ I CERTIFY THAT THE CERTIFICATE OF TITLE IS LOST OR DESTROYED.

☐ I CERTIFY THAT THIS MOTOR VEHICLE/VESSEL WAS REPOSSESSED UPON DEFAULT OF THE LIEN INSTRUMENT AND IS NOW IN MY POSSESSION.

I/WE HEREBY CERTIFY THAT I/WE LAWFULLY OWN THE ABOVE DESCRIBED VEHICLE/VESSEL, AND MAKE APPLICATION FOR TITLE. IF LIEN IS BEING RECORDED NOTICE IS HEREBY GIVEN THAT THERE IS AN
EXISTING WRITTEN LIEN INSTRUMENT INVOLVING THE VEHICLE/VESSEL DESCRIBED ABOVE AND HELD BY LIENHOLDER SHOWN ABOVE, I/WE FURTHER AGREE TO DEFEND THE TITLE AGAINST ALL CLAIMS.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

_____              _____
Signature of Applicant/Owner                       Signature of Applicant/Co-Owner

HSMV 82041 REVISED 02/06       SCAN CODE    MVT

I UNDERSTAND THAT MY DRIVER LICENSE AND REGISTRATIONS WILL BE SUSPENDED IMMEDIATELY IF THE INSURER DENIES
THE INSURANCE INFORMATION SUBMITTED FOR THIS REGISTRATION.

SCAN TRANSACTION NUMBER

623354047

```
TITLE NUMBER     132537478     VEHICLE ID NUMBER   1GKKRNED8EJ342700     >>
         YEAR    2014        BODY   UT    MAKE   GMC    IN-HOUSE
              MAKE

TITLE ISSUE DATE    10/22/2018     TITLE STATUS       LIEN MAINTENANCE ONLY
                                   DESC
TITLE/NMVTIS       [  ]/[  ]       STATUS DATE        01/04/2022
PENDING
TITLE CANCEL DATE                  ELEC. TITLE        ELECTRONIC TITLE
                                   STATUS
CANCEL REASON                      EFS STATUS         (NONE)
C OF R ISSUE DATE                  LEGAL OWNERSHIP
C OF D ISSUE DATE                  TOW TYPE
AUTHORIZED                         TOW DATE
DESTRUCTION DATE                   TRANSFER OF        [  ]
                                   EQUITY
SALES TAX REG      463987289       MAILED TO          [T ] ...

SALES TAX EXEMPT                       NMVTIS PRE     OH /1812288664
                                   STATE/NUM

PREV/CURR STATE    OH  /FL
```

```
┌─JNT OWNER NUM ─ ─ ─CUSTOMER NAME ─────────────
│    1     PAUL, MARCEL                          NONE     ...
│
│─LIENS ─────
│                                       LIEN DETAILS
│
│ PLATES/VESSELS                  VEHICLE        BRAND
│ CORRESPONDENCE  [F ]            DETAILS        DETAILS
│
│ COMMENT DESC.
│ COMMENT DESC.
│ UNSTRUCT. NAME
```

SCAN TRANSACTION NUMBER
623354048

Mail Lien Satisfaction to: Dept of Highway Safety and Motor Vehicles, Neil Kirkman Building, Tallahassee, FL 32399-0500

T# 1589360791
B# 1523612

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| 2700 | 2014 | GMC | UT | 4656 | | 132537478 |

Date of Issue   10/22/2018

Lien Release
Interest in the described vehicle is hereby released
By
Title
Date

Registered Owner:
MARCEL PAUL

Mail To:
BOMNIN CHEVROLET
8455 SOUTH DIXIE HWY
MIAMI, FL 33143

**IMPORTANT INFORMATION**
1.  When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2.  Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3.  Remove your license plate from the vehicle.
4.  See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel: http://www.hsmv.state.fl.us/html/titlinf.html

---

# CERTIFICATE OF TITLE

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| 2700 | 2014 | GMC | UT | 4656 | | 132537478 |

Lien Release
Interest in the described vehicle is hereby released
By
Title
Date

| Prev. State | Color | Primary Brand | Secondary Brand | No of Brands | Use | Prev Issue Date |
|---|---|---|---|---|---|---|
| OH | WHI | | | | PRIVATE | |

| Odometer Status or Vessel Manufacturer or GH use | Engine Drive | Hull Material | Prop | Date of Issue |
|---|---|---|---|---|
| 48,248 MILES 09/29/2018 ACTUAL | | | | 10/22/2018 |

Registered Owner
MARCEL PAUL

1st Lienholder
ELECTRONIC TITLE PRIOR TO 01/18/2022

DIVISION OF MOTORIST SERVICES          TALLAHASSEE          FLORIDA          DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

*Robert R. Kynoch*                                    *Terry L. Rhodes*

Robert R. Kynoch
Director

Control Number   154155380

1  /3   154155380

Terry L. Rhodes
Executive Director

**TRANSFER OF TITLE BY SELLER** (This section must be completed at the time of sale.)
Federal and/or state law requires that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership.
Failure to complete or providing a false statement may result in fines and/or imprisonment.
This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name:                                    Address:

Seller Must Enter Selling Price:                                    Seller Must Enter Date Sold:

I/We state that this ☐ 5 or ☐ 6 digit odometer now reads |_|_|_|_|_|_|.|_X_| (no tenths) miles,  date read_____ and I hereby certify that to the best of my knowledge the odometer reading:
☐ 1. reflects ACTUAL MILEAGE.  ☐ 2. is IN EXCESS OF ITS MECHANICAL LIMITS.  ☐ 3. is NOT THE ACTUAL MILEAGE.
UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SELLER Must Sign Here:                                    CO-SELLER Must Sign Here:

Print Here:                                    Print Here:

Selling Dealer's License Number:                    Tax No.:                    Tax Collected:

Auction Name:                    License Number:

PURCHASER Must Sign Here:                                    CO-PURCHASER Must Sign Here:

Print Here:                                    Print Here:

**NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE.**

HSMV 82250 (REV. 3/15)          STATE OF FLORIDA

**ERASURES AND ALTERATIONS VOID THIS TITLE ASSIGNMENT. (Type or Print in Ink.)**

**ASSIGNMENT OF OWNERSHIP**   This vehicle was a (if applicable):   Former Law Enforcement Vehicle   Flood Vehicle   Former Taxi

I (we) certify the vehicle/watercraft/outboard motor described in this title, delivered on **8/19/18** for the price of $_____ to:

Buyer Printed Name   **H.GREG MIAMI, INC**

Buyer Printed Address   **3801 S State Rd 7 West PARK Fl 33023**

**ODOMETER CERTIFICATION**   Federal and State laws require that you state the mileage in connection with transfer of ownership.

Failure to complete or providing false information may result in fines and/or imprisonment.

I (we) certify to the best of my (our) knowledge that the odometer now reads

Check one:  ☐ Actual Mileage
☐ The Mileage stated is in EXCESS of the Mechanical Limits
☐ The odometer reading is not the actual Mileage. WARNING Odometer Discrepancy

**☐ 4 8 2 4 3 ☐** miles (no tenths)

Seller is a minor  ☐ Yes ☐ No

I (we) warrant the title to be free of all liens.

Seller's Printed Name   **LaBeLLe Sales+Service**      Seller's Signature  x **Jill Stuetely**

Seller's Printed Street Address   **20 S 3rd St**

**Columbus OH 43215**
State            Zip

Notary: Subscribed and sworn to before me by **Jill Stuetely**

On the **22** day of **AUG**, 20 **18** in the county of **Bristol** state of **MA**

(Notary Seal)

My commission expires **1-27-23** printed name **Jeanne LaBelle** Signature of (circle one)

Clerk, Deputy Clerk of Courts, Notary

Warning to buyer and seller: You are required by law to state the true selling price. A false statement is in violation of section 2921.13 of the Ohio Revised Code and is punishable by six months imprisonment or a fine of up to one thousand dollars or both. All transfers are audited by the Department of Taxation. The seller and buyer must provide any information requested by the Department of Taxation.

The buyer may be assessed any additional tax found to be due.

**BUYER ACKNOWLEDGEMENT OF ABOVE ODOMETER CERTIFICATION**

Buyer Printed Name   **YAZMIN +RESPALACIOS**      x _____  Buyer Signature

**APPLICATION FOR CERTIFICATE OF TITLE (Type or Print in Ink)**

Check type of Application(s):  ☐ Motor Vehicle  ☐ Memorandum  ☐ Watercraft  ☐ Outboard Motor  ☐ Salvage

Applicant Printed Name _____   SSN/EIN _____

Applicant Printed Address _____
Street            City            Zip            County

Purchase Price $_____   Gross Tax Due $_____   Vendor's Discount $_____   Tax Paid $_____

Trade in            If Tax Exempt,
Allowance $_____   State Reason _____   Dealer # _____   Vendor # _____

Lienholder _____   ELien # _____

Lienholder Address _____

Condition of Vehicle/Watercraft/Outboard Motor (check only one)  ☐ Good ☐ Fair ☐ Poor ☐ Wrecked   Title to be ☐ Printed ☐ Non-Printed

Optional:  ☐ With Rights of Survivorship (2 owners only)  ☐ Transfer On Death (1 owner only) BMV 3811 Form required

Applicant is a minor ☐ Yes ☐ No  If yes, provide Date of Birth ___/___/___  and Minor Consent Form (BMV 3751)

I (we) state that all information contained in this application is true and correct.

x _____
Applicant Signature

Notary: Subscribed and sworn to before me by _____

On the _____ day of _____, 20 _____ in the county of _____ state of _____

(Notary Seal)

My commission expires _____   printed name _____   Signature of (circle one)

Clerk, Deputy Clerk of Courts, Notary   x _____

**LATE FEE OF $5.00 FOR FAILURE TO APPLY WITHIN 30 DAYS OF ASSIGNMENT.**

SCAN TRANSACTION NUMBER
466968691

701171

# OHIO CERTIFICATE OF TITLE

ISSUING CNTY **CUYAHOGA**
RESIDENT CNTY **FRANKLIN**

## STATE OF OHIO

No. 18 1228 8664

### ORIGINAL

ISSUE DATE
08/18/2018

IDENTIFICATION NUMBER
 **2700**

CO-OWNER
**REGISTRATION**

CONVERSION

BRAND(S)

PURCHASE PRICE
**$0.00**

TAX
**$0.00**

MLG BRAND **ACTUAL**

YEAR **2014**   MAKE **GMC**   MAKE DESCRIPTION **GENERAL MOTORS**
BODY TYPE **SW**   MODEL DESCRIPTION **ACADIA**
MILEAGE **48,243**   EVIDENCE **CAN-REGISTRATION**

OWNER
**LABELLE SALES & SERVICES**

**20 S 3RD ST SUITE 210**
**COLUMBUS, OH 43215**

PREVIOUS OWNER
**2970-7528 QUEBEC INC**

**625 RUE DUBOIS**
**ST EUSTACHE, QC, CAN J7P3W1**

LIEN DISCHARGE

Lienholder _____

by: _____
Authorized signature      date

CLERK LIEN CANCELLATION
by: _____
Deputy Clerk       date

LIEN DISCHARGE

Lienholder _____

by: _____
Authorized signature      date

CLERK LIEN CANCELLATION
by: _____
Deputy Clerk       date

WITNESS MY HAND AND OFFICIAL SEAL THIS 18TH DAY OF AUGUST

%145275218

* % 1 4 5 2 7 5 2 1 8 *

%145275218

**DENNIS G KENNEDY**
**FISCAL OFFICER**

RDP
RDP

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

BMV 3800 4/16 [760-1503]

| 8 | MOTOR VEHICLE IDENTIFICATION NUMBER VERIFICATION |

THIS SECTION REQUIRES A PHYSICAL INSPECTION AND A VERIFICATION OF THE VEHICLE IDENTIFICATION NUMBER (VIN) (OR THE MOTOR NUMBER FOR MOTOR VEHICLES MANUFACTURED PRIOR TO 1955) OF THE MOTOR VEHICLE DESCRIBED ON THIS FORM BY A LICENSED DEALER, FLORIDA NOTARY PUBLIC, POLICE OFFICER, OR FLORIDA DIVISION OF MOTOR VEHICLES EMPLOYEE OR TAX COLLECTOR EMPLOYEE. IF THE VIN IS VERIFIED BY AN OUT OF STATE MOTOR VEHICLE DEALER, THE VERIFICATION MUST BE SUBMITTED ON THEIR LETTERHEAD STATIONERY. COMPLETE THIS SECTION ON ALL USED MOTOR VEHICLES, INCLUDING TRAILERS, (WITH ABBREVIATION OF "TL" WITH A WEIGHT OF 2,000 POUNDS OR MORE) NOT CURRENTLY TITLED IN FLORIDA.

I, the undersigned, certify that I have physically inspected the above described vehicle and find the vehicle identification number to be: _____2700 (Vehicle Identification Number)

09/29/2018
DATE          SIGNATURE                                    PRINTED NAME

Law Enforcement Officer or Florida Dealer/Agency Name   HGREG.COM (WEST PARK)        Badge # or Florida Dealer #  VI11234181         Notary Stamp or Seal

FL DMV/Tax Collector Employee                    Florida Compliance Examiner/Inspector Badge or ID Number_____

COMMISSIONED NAME OF FLORIDA NOTARY: _____                      NOTARY'S SIGNATURE _____
                        (Print, Type or Stamp)

| 9 | SALES TAX EXEMPTION CERTIFICATION |

THE PURCHASE OF A RECREATIONAL VEHICLE TO BE OFFERED FOR RENT AS LIVING ACCOMMODATIONS DOES NOT QUALIFY FOR EXEMPTION. I CERTIFY THE RECREATIONAL VEHICLE, MOBILE HOME OR VESSEL DESCRIBED HAS BEEN PURCHASED AND IS EXEMPT FROM THE SALES TAX IMPOSED BY CHAPTER 212, FLORIDA STATUTES, BY:

☐ PURCHASER (STATE AGENCIES, COUNTIES, ETC.) HOLDS VALID EXEMPTION CERTIFICATE          CONSUMER'S CERTIFICATE OF EXEMPTION NUMBER

☐ MOTOR VEHICLE  ☐ MOBILE HOME  ☐ VESSEL WILL BE USED EXCLUSIVELY FOR RENTAL          SALES TAX REGISTRATION NUMBER

I hereby certify that ownership of the motor vehicle, mobile home or vessel described on this application, is not subject to Florida Sales and Use Tax for the following reason: ☐ INHERITANCE ☐ GIFT

☐ DIVORCE DECREE  ☐ TRANSFER BETWEEN A MARRIED COUPLE   ☐ EVEN TRADE OR TRADE DOWN (State the facts of the even trade or trade down and the transferor information, including the transferor's name and address, below under "Other: Explain.")

☐ OTHER: (EXPLAIN)

| 10 | REPOSSESSION DECLARATION |

IF CHECKED, THE FOLLOWING CERTIFICATIONS ARE MADE BY THE APPLICANT:

☐ I CERTIFY THAT THIS MOTOR VEHICLE, MOBILE HOME OR VESSEL WAS REPOSSESSED UPON DEFAULT IN THE TERMS OF THE LIEN INSTRUMENT AND IS NOW IN MY POSSESSION.
☐ (VESSEL) A PHOTOCOPY OF THE LIEN INSTRUMENT FOR THE VESSEL IS REQUIRED AND ATTACHED.
☐ I AM REQUESTING THAT AN ORIGINAL CERTIFICATE OF REPOSSESSION BE ISSUED FOR THE MOTOR VEHICLE OR MOBILE HOME IN LIEU OF A TITLE (REPOSSESSION).
☐ I AM REQUESTING THAT A DUPLICATE CERTIFICATE OF REPOSSESSION BE ISSUED FOR THE MOTOR VEHICLE OR MOBILE HOME, AS THE ORIGINAL HAS BEEN LOST OR DESTROYED.

| 11 | NON-USE AND OTHER CERTIFICATIONS |

IF CHECKED, THE FOLLOWING CERTIFICATIONS ARE MADE BY THE APPLICANT:

☐ I CERTIFY THAT THE CERTIFICATE OF TITLE IS LOST OR DESTROYED.
☐ THE VEHICLE IDENTIFIED WILL NOT BE OPERATED ON THE STREETS AND HIGHWAYS OF THIS STATE UNTIL PROPERLY REGISTERED.
☐ THE VESSEL IDENTIFIED WILL NOT BE OPERATED ON THE WATERS OF THIS STATE UNTIL PROPERLY REGISTERED.
☐ OTHER: (EXPLAIN)

| 12 | APPLICATION ATTESTMENT AND SIGNATURES |

I/WE PHYSICALLY INSPECTED THE ODOMETER/VIN AND FURTHER AGREE TO DEFEND THE TITLE AGAINST ALL CLAIMS. (More than one form HSMV 82040 may be used for additional signatures.)
UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

_____                     09/29/2018 _____              _____
SIGNATURE OF APPLICANT (OWNER)      Date          SIGNATURE OF APPLICANT (CO-OWNER)          Date

| 13 | RELEASE OF SPOUSE OR HEIRS INTEREST |

The undersigned person(s) state(s) as follows: That _____                                    died on _____.
                                   (Name of Deceased)                                   (Date)
☐ testate (with a will)              ☐ intestate (without a will) and left the surviving heir(s) named below.
☐ When applicable, the heir(s) (named below) certifies that the certificate of title is lost or destroyed.
UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.
                                (More than one form HSMV 82040 may be used for additional signatures.)

_____                                    _____
Print or Type Name of Spouse, Co-owner or Heir(s)              Signature of Spouse, Co-Owner or Heir(s)

That at the time of death the decedent was owner of the motor vehicle, mobile home or vessel described in section 2 of this form. The person(s) signing above hereby releases all of his/her/their right, title, interest and claim as heir(s) at law, legatee(s), devisee(s), or otherwise to the aforesaid motor vehicle, mobile home or vessel to:

Name of Applicant(s) (Print or Type)

RESIDENTS OF FLORIDA AND ALL VESSEL OWNERS, RESIDING IN FLORIDA OR OUT OF STATE, SHOULD SUBMIT THIS FORM AND ALL REQUIRED DOCUMENTATION TO A LOCAL FLORIDA TAX COLLECTOR'S OFFICE OR THE FLORIDA TAX COLLECTOR'S OFFICE LOCATED IN THE APPLICANT'S COUNTY OF RESIDENCE FOR PROCESSING.
Check your local phone book government pages or visit the following website for current mailing addresses: http://www.flhsmv.gov/offices/
www.flhsmv.gov

HSMV 82040 – REV. 11/15    RULE 15C-21.001, FAC

**STATE OF FLORIDA**
**DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES**
**DIVISION OF MOTORIST SERVICES**
Neil Kirkman Building - Tallahassee, FL 32399-0500

## MOTOR VEHICLE TITLE REASSIGNMENT SUPPLEMENT

(Instructions on Reverse Side)

This reassignment is supplement to: [XX] Title No.: N/A    State of Issue: FL

[ ] Manufacturer's Statement or Certificate of Origin

Is the title electronic?   [ ] Yes    [ ] No

### VEHICLE DESCRIPTION

| Vehicle Identification Number | Year | Make | Model | Body |
|---|---|---|---|---|
| ██████2700 | 2014 | GMC | ACADIA | FWD 4DR SLE1 |

### REASSIGNMENT INFORMATION

| Name of Seller(s)/Agent (Print) | DL/ID#, DMS ACCT#, FEID# | DEALER/AUCTION LICENSE (if applicable) |
|---|---|---|
| H GREG.COM | | VI/1024370/1 |

| Street Address | City | State | Zip |
|---|---|---|---|
| 3801 S STATE RD 7 WEST PARK FL 33023-6159 | | | |

| Selling Price (If Applicable) | Sales Tax Collected (If Applicable) | Sales Tax Reg. No. (If Applicable) |
|---|---|---|
| 16899.00 | 1034.82 | |

| Purchaser and Co-Purchaser's Printed Name(s) | | Date of Sale |
|---|---|---|
| MARCEL PAUL | | 09/29/2018 |

| ██████ Address | City | State | Zip |
|---|---|---|---|
| | | | |

| Co-Purchaser's Address (If applicable) | City | State | Zip |
|---|---|---|---|
| | | | |

| Auction Name (If applicable) | Auction License Number | State of License | Date of Auction |
|---|---|---|---|
| | | | |

| Street Address | City | State | Zip |
|---|---|---|---|
| | | | |

### ODOMETER DISCLOSURE STATEMENT

WARNING: FEDERAL AND STATE LAW REQUIRE THAT YOU STATE THE ODOMETER MILEAGE IN CONNECTION WITH TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

I/WE STATE THAT THIS [ ] 5 OR [ ] 6 DIGIT ODOMETER NOW READS, [4][8],[2][4][8] XX (NO TENTHS) MILES, DATE READ 09/29/18 , AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING.

CAUTION:
READ CAREFULLY
BEFORE YOU
CHECK A BOX

[ ] 1. REFLECTS ACTUAL MILEAGE
[ ] 2. IS IN EXCESS OF ITS MECHANICAL LIMITS
[ ] 3. IS NOT THE ACTUAL MILEAGE. WARNING – ODOMETER DISCREPANCY

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

| Printed Name of seller(s)/Agent | Seller(s)/Agent Signature |
|---|---|
| H. Greg Com | |

| Printed Name of Co-seller (If applicable) | Co-Seller Signature (If applicable) |
|---|---|
| | |

| Purchaser(s) Signature | Co-Purchaser(s) Signature |
|---|---|
| | N/A |

| Purchaser(s) Printed Name First, Full Middle or Maiden, Last | Co-Purchaser(s) Printed Name   First, Full Middle or Maiden, Last |
|---|---|
| MARCEL PAUL | N/A |

NOTICE: ANY ALTERATION OR ERASURE MAY VOID THIS ASSIGNMENT AND ALL ASSIGNMENTS THAT FOLLOW.

ORIGINAL: SUBMIT WITH APPLICATION FOR TITLE          COPY: SELLER/DEALER RETAIN IN FILE

HSMV 82994 (REV. 04/14) S

**FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES**
**APPLICATION FOR CERTIFICATE OF TITLE WITH/WITHOUT REGISTRATION**
SUBMIT THIS FORM TO YOUR LOCAL TAX COLLECTOR OFFICE
http://www.flhsmv.gov/offices/

Customer # 9738
Deal # 10306
Stock # 701171

CHECK APPLICATION TYPE: ☑ ORIGINAL ☐ TRANSFER  VEHICLE TYPE: ☑ MOTOR VEHICLE ☐ MOBILE HOME ☐ VESSEL  OFF-HIGHWAY VEHICLE: ☐ ATV ☐ ROV ☐ MC

**1 — OWNER / APPLICANT INFORMATION**

Customer Number: 216541923

Check this box if you are requesting the certificate of title to be printed. ☐

Are you a Florida resident? Owner ☑ yes ☐ no  Co-Owner ☐ yes ☐ no
Are you an alien? Owner ☐ yes ☑ no  Co-Owner ☐ yes ☐ no

Unit Number:     Fleet Number:

☐ OR ☐ AND  NOTE: When joint ownership, please indicate if "or" or "and" is to be shown on title when issued. If neither box is checked, the title will be issued with "and".

If applicable: ☐ Life Estate/Remainder Person  ☐ Tenancy By the Entirety  ☐ With Rights of Survivorship  ☑ Owner's County of Residence: BROWARD

Owner's Name As It Appears on Driver License (First, Full Middle/Maiden, & Last Name): MARCEL  PAUL

Owner's Email Address:     Date of Birth:  Sex:  FL Driver License or FEID/Suffix #:

Co-Owner/Lessee's Name As It Appears on Driver License (First, Full Middle/Maiden, & Last Name):     Co-Owner/Lessee's Email Address:  Date of Birth:  Sex:  FL Driver License or FEID/Suffix #:

Owner's Mailing Address (Mandatory unless a member of the Military):     City:     State:  Zip:

Mobile Home Physical Address (if applicable) Check if in a mobile home rental park with 10 or more lots. ☐  City:     State:  Zip:

Mail To Customer Name (if different From Above Owner):     Mail To Customer's Email Address:  Date of Birth:  Sex:  FL Driver License or FEID/Suffix #:

Mail To Customer Address (if different From Above Mailing Address):     City:     State:  Zip:

**2 — MOTOR VEHICLE, MOBILE HOME OR VESSEL DESCRIPTION**

Vehicle/Vessel Identification Number: 2700
Make/Manufacturer: GMC
Year: 2014
Body: UT
Color: WHI
Florida Title Number:

Previous State of Issue: FL  License Plate or Vessel Registration Number: CYSX11  Weight: 4656  Length: FL  In.  BHP/CC:  GVW/LC:  VAN USE, IF APPLICABLE ☐ PASSENGER ☐ OTHER

TYPE: ☐ Open Motorboat ☐ Houseboat ☐ Personal Watercraft ☐ Cabin Motorboat ☐ Pontoon ☐ Canoe ☐ Auxiliary Sailboat ☐ Airboat ☐ Other ___ ☐ Inflatable ☐ Sailboat  Specify

HULL MATERIAL: ☐ Wood ☐ Aluminum ☐ Fiberglass ☐ Steel ☐ Wood/Fiberglass ☐ Other___ Specify

PROPULSION: ☐ Outboard ☐ Sail ☐ Inboard ☐ Air Propelled ☐ Inboard/Outboard ☐ Other___ Specify

FUEL: ☐ Gas ☐ Diesel ☐ Electric ☐ Other___ Specify

*DRAFT OF VESSEL (The depth of water a vessel draws) FT.___ IN.___
*For all vessels 26' or more in length and all sailboats

USE OF VESSEL: ☐ Recreational (Pleasure) ☐ Commercial Blue Crab ☐ Commercial Stone Crab ☐ Government ☐ Commercial Sponge  ☐ Dealer/Manuf. ☐ Commercial Fish ☐ Commercial Live Bait ☐ Commercial Shrimp Recip. ☐ Commercial Charter ☐ Commercial Other  ☐ Exempt ☐ Hire (Livery) ☐ Commercial Mackerel ☐ Commercial Shrimp Non-Recip. ☐ Commercial Oyster ☐ Commercial Spiney Lobster

PREVIOUS OUT-OF-STATE REGISTRATION NUMBER:

Previously Federally Documented Vessel, Attach Copy of: ☐ U.S. Coast Guard Release From Documentation Form; or ☐ Copy of Canceled Documentation Papers  State of Principal Use:

**3 — BRANDS, USAGE AND TYPE (Check Applicable Boxes)**

☐ SHORT TERM LEASE ☐ LONG TERM LEASE ☐ REBUILT ☐ POLICE VEHICLE ☑ PRIVATE USE ☐ TAXI CAB ☐ FLOOD ☐ LEV ☐ CUSTOM
☐ ASSEMBLED FROM PARTS ☐ BONDED TITLE ☐ KIT CAR ☐ GLIDER KIT ☐ MANUF. BUY BACK ☐ REPLICA ☐ AUTONOMOUS ☐ ELECTRIC ☐ STREET ROD

**4 — LIENHOLDER INFORMATION**

CHECK IF ELT CUSTOMER ☑  ☐ FEID #  ☐ DL # and Sex and Date of Birth  ☑ DMV Account # 200097583  Date of Lien 09/29/2018
Lienholder's Name: BRIGHTSTAR CREDIT UNION
Lienholder's Email Address:     Lienholder's Address: P O BOX 8966  City: FT LAUDERDALE  State: FL  Zip: 33310

☐ If Lienholder authorizes the Department to send the motor vehicle or mobile home title to the owner, check box and countersign:
(Does not apply to vessels). If box is not checked, title will be mailed to the first lienholder.     (Signature of Lienholder's Representative)

**5 — TRANSFER TYPE**

IF OWNERSHIP HAS TRANSFERRED, HOW AND WHEN WAS THE VEHICLE, MOBILE HOME, OR VESSEL ACQUIRED?
☑ SALE ☐ GIFT ☐ REPOSSESSION ☐ COURT ORDER ☐ OTHER (SPECIFY)___  DATE ACQUIRED 09, 29, 2018

**6 — ODOMETER DECLARATION**

WARNING: Federal and State law requires that you state the mileage in connection with an application for a Certificate of Title. Failure to complete or providing a false statement may result in fines or imprisonment.
I/WE STATE THAT THIS ☐ 5 OR ☑ 6 DIGIT ODOMETER NOW READS [4][8][2][4][8] .XX (NO TENTHS) MILES, DATE READ 09, 29, 2018 AND I/WE HEREBY CERTIFY THAT TO THE BEST OF MY/OUR KNOWLEDGE THE ODOMETER READING:
☑ 1. REFLECTS ACTUAL MILEAGE. ☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS. ☐ 3. IS NOT THE ACTUAL MILEAGE.

**7 — DEALER SALES TAX REPORT AND VEHICLE TRADE IN INFORMATION (IF APPLICABLE)**

FLORIDA SALES TAX REGISTRATION NUMBER: 463987289
DATE OF SALE: 09/29/2018
DEALER LICENSE NUMBER: VI11234181
AMOUNT OF TAX: 1034.82
DEALER / AGENT SIGNATURE:

YEAR OF TRADE IN: 2008
MAKE OF TRADE IN: CHEV
TITLE NUMBER OF TRADE IN (IF KNOWN): 101101360
VEHICLE IDENTIFICATION NUMBER OF TRADE IN: 1G1ZG57B98F286696

HSMV 82040 – REV. 11/15   RULE 15C-21.001, FAC   www.flhsmv.gov

# EXHIBIT C

STATE OF FLORIDA — LIEN SATISFACTION

Mail Lien Satisfaction to: Dept of Highway Safety and Motor Vehicles, Neil Kirkman Building, Tallahassee, FL 32399-0500

T# 1589360791
B# 1523612

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| 1GKKRNED8EJ342700 | 2014 | GMC | UT | 4656 | | 132537478 |

Registered Owner:
MARCEL PAUL

Date of Issue   10/22/2018

Lien Release
Interest in the described vehicle is hereby released
By_____
Title_____
Date_____

BD
J256723B

Mail To:
BOMNIN CHEVROLET
8455 SOUTH DIXIE HWY
MIAMI, FL 33143

IMPORTANT INFORMATION
1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel: http://www.hsmv.state.fl.us/html/titlinf.html

## CERTIFICATE OF TITLE

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| 1GKKRNED8EJ342700 | 2014 | GMC | UT | 4656 | | 132537478 |

Interest in the described vehicle is hereby released

| Prev State | Color | Primary Brand | Secondary Brand | No of Brands | Use | Prev-Issue Date |
|---|---|---|---|---|---|---|
| OH | WHI | | | | PRIVATE | |

Title_____
Date_____

| Odometer Status or Vessel Manufacturer or OH use | Engine Drive | Hull Material | Prop | Date of Issue |
|---|---|---|---|---|
| 48,248 MILES 09/29/2018 ACTUAL | | | | 10/22/2018 |

Registered Owner
MARCEL PAUL

1st Lienholder
ELECTRONIC TITLE PRIOR TO 01/18/2022

DIVISION OF MOTORIST SERVICES          TALLAHASSEE          FLORIDA          DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

Robert R. Kynoch
Director

Control Number   154155380

1 /3   154155380

Terry L. Rhodes
Executive Director

TRANSFER OF TITLE BY SELLER (This section must be completed at the time of sale.)
Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment. This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name: **BOMNIN CHEVROLET DADELAND**   Address: **8455 So Dixie Hwy, Miami, FL 33143**

Seller Must Enter Selling Price: 182,792   Seller Must Enter Date Sold: 12-21-21

I/We state that this ☐ 5 or ☑ 6 digit odometer now reads 182,792 X (no tenths) miles, date read 12-21-21 and I hereby certify that to the best of my knowledge the odometer reading
☑ 1. reflects ACTUAL MILEAGE.   ☐ 2. is IN EXCESS OF ITS MECHANICAL LIMITS.   ☐ 3. is NOT THE ACTUAL MILEAGE.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SELLER Must Sign Here: (POA) for Marcel Paul   CO-SELLER Must Sign Here:

Print Here: Ihalvis Garcia - AGT   Print Here:

Selling Dealer's License Number:   Tax No.:   Tax Collected:

PURCHASER Must Sign Here: BOMNIN CHEVROLET DADELAND   CO-PURCHASER Must Sign Here:

Print Here: AGT   Print Here:

NOTICE-PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE.

HSMV 82250 (REV. 9/15)   STATE OF FLORIDA

SCAN TRANSACTION NUMBER
688900120

**STATE OF FLORIDA**
**DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES**
**DIVISION OF MOTOR VEHICLES**
2980 Apalachee Parkway • Neil Kirkman Building - Tallahassee, FL 32399-0620
**Notice of Sale of Motor Vehicle, Mobile Home or Vessel**

Section 319.22(2), Florida Statutes, requires that the seller file a Notice of Sale with the department within 30 days after the sale or transfer of the motor vehicle, vessel or mobile home. Filing this form removes any civil liability for the operation of the sold motor vehicle, vessel or mobile home. In addition to filing this form, we suggest you keep a copy of your bill of sale (we suggest it be notarized), certificate of title or other type of transaction document showing the vehicle was sold. Complete the information below, tear the top portion of this document at the perforation and mail to the address above or submit to your local tax collector's office or license plate agency.

I have this _____ day of _____, transferred by assignment of and delivered Florida Certificate of Title to:

Name: Purchaser(s) _____   Purchaser's DL/ID _____
           First                    MI                    Last

Address _____   Selling Price $ _____

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Seller's Signature _____   Co-Seller's Signature _____

**NOTE: THE SUBMISSION OF THIS FORM, ACCURATELY COMPLETED, TO A TAX COLLECTOR'S OFFICE, LICENSE PLATE AGENCY OR TO THE ADDRESS ABOVE WILL ALLOW THE TITLE CLERK TO UPDATE THE DMV DATABASE TO REFLECT THE TITLE RECORD AS "SOLD". HOWEVER, THE OWNERSHIP STATUS WILL NOT CHANGE UNTIL THE PURCHASER APPLIES FOR AND IS ISSUED A CERTIFICATE OF TITLE.**

---

ODOMETER CERTIFICATION - Federal and state laws require that you state the mileage in connection with transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

**FIRST REASSIGNMENT BY LICENSED DEALER**

Selling Dealer's License No. VF10326571   Selling Dealer's Name: BOMNIN CHEVROLET DADELAND   Tax No. 23-8015467123   Tax Collected

Selling Dealer's Address: 8455 So Dixie Hwy, Miami, FL 33143   Date Sold 1-14-22

Purchaser's Name: THE AUTO WAREHOUSE 3632 N Cicero Ave Chicago IL 60641

I/WE STATE THAT THIS ☐ 5 OR ☐ 6 DIGIT ODOMETER NOW READS 190937 (NO TENTHS) MILES, DATE READ 1-14-22, AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX
☒ 1. REFLECTS ACTUAL MILEAGE
☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF 5 DIGIT ODOMETERS)
☐ 3. IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY APPLIES TO 5 DIGIT ODOMETERS)

Purchaser Must Sign Here: Michell Frederick Agt      Co-Purchaser Must Sign Here: _____

Print Here: Michelle Frederick Agt      Print Here: _____

Seller/Agent Must Sign Here: BOMNIN CHEVROLET DADELAND J. Pena - AGT      Auction Name (When Applicable): MANHEIM ORLANDO VAN4004769 x2

Print Here: BOMNIN CHEVROLET DADELAND J. Pena - AGT      Auction License Number: _____

**SECOND REASSIGNMENT BY LICENSED DEALER**

Selling Dealer's License No. 7157   Selling Dealer's Name: The Auto Warehouse   Tax No. _____   Tax Collected

Selling Dealer's Address: 3632 N Cicero Ave Chicago IL 60641   Date Sold 1/28/22

Purchaser's Name: X Auto Imports & Export DBA X Auto Sales   Address: 9937 NW 27 Ave Miami FL 33147

I/WE STATE THAT THIS ☐ 5 OR ☒ 6 DIGIT ODOMETER NOW READS 190935 XX (NO TENTHS) MILES, DATE READ 1-28-22, AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX
☒ 1. REFLECTS ACTUAL MILEAGE
☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS)
☐ 3. IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY APPLIES TO 5 DIGIT ODOMETERS)

Purchaser Must Sign Here: Rayan Daza (Agt)      Co-Purchaser Must Sign Here: _____

Print Here: RAYAN DAZA      Print Here: _____

Seller/Agent Must Sign Here: Michelle Frederick Agt      Auction Name (When Applicable): _____

Print Here: Michelle Frederick Agt      Auction License Number: _____

**THIRD REASSIGNMENT BY LICENSED DEALER**

Selling Dealer's License No. VI-1128082-1   Selling Dealer's Name: X Auto Sales Import & Export   Tax No. 2584104.33   Tax Collected 808.65

Selling Dealer's Address: 9937 NW 27 Ave Miami FL 33147   Date Sold 2/21/23

Purchaser's Name: WEHREN, JAMES HENRY Jr & WIGGINS, FLOISES J. 10765 SW 147ST Miami FL 33176

I/WE STATE THAT THIS ☐ 5 OR ☒ 6 DIGIT ODOMETER NOW READS 910986 XX (NO TENTHS) MILES, DATE READ 2/21/23, AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX
☐ 1. REFLECTS ACTUAL MILEAGE
☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS)
☒ 3. IS NOT THE ACTUAL MILEAGE - WARNING - ODOMETER DISCREPANCY APPLIES TO 5 DIGIT ODOMETERS)

Purchaser Must Sign Here: James H. Wehren Jr      Co-Purchaser Must Sign Here: Mieuse Wiggins

Print Here: JAMES HENRY WEHREN JR      Print Here: FLOISES VERKLINE WIGGINS

Seller/Agent Must Sign Here: Rick (Agt)      Auction Name (When Applicable): _____

Print Here: RAYAN DAZA      Auction License Number: _____