UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-cv-23223

JAMES WEAREN and
MOSES WIGGINS
Individuals,

      Plaintiffs,

v.

X AUTO IMPORT AND EXPORT CORP.,
a Florida corporation, and
RAYAN DAZA, an individual,
CFS OF SOUTH FLORIDA L.L.C., A
Florida Limited Liability Company,

      Defendants.
_____/

## DEFENDANTS' ATTORNEY, OSCAR GOMEZ'S RENEWED MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 11.1, the undersigned counsel Oscar Gomez, Esq. of the law firm EPGD Business Law hereby moves this Court for an order permitting the undersigned to withdraw as counsel of record for Defendants, X AUTO IMPORT AND EXPORT CORP., a Florida corporation, and RAYAN DAZA (collectively, "Defendants"), and in support states:

Pursuant to this Court's paperless order dated January 23, 2024, [ECF No. 46], issued after the Status Conference held on January 22, 2024, [ECF No. 45], this Court reserved ruled on Defendants' Amended Motion to Withdraw, [ECF No. 39], pending submission of the bankruptcy filings of one or both Defendants to the Court. As such, Defendants' Counsel, Oscar Gomez, now provides this Court with the bankruptcy filing for X AUTO IMPORT AND EXPORT CORP., Case No. 24-13406. *A true and correct copy of the Bankruptcy Case Filing is attached hereto as Exhibit A*.

Based on the submitted bankruptcy filing for X AUTO IMPORT AND EXPORT CORP., Case No. 24-13406, and this Court's order [ECF No. 46], undersigned counsel Oscar Gomez, Esq. of the law firm EPGD Business Law may now withdraw. The undersigned has provided notice to Plaintiff's counsel. All future pleadings shall be sent to the Defendant, RAYAN DAZA, accordingly:

a. Address: 2951 Carambola Cir S., Coconut Creek FL 33066

b. Phone: (954) 821-1974

c. Email: rayandaza@yahoo.com

WHEREFORE, the undersigned counsels move this Court for an Order granting the undersigned's Motion to Withdraw as counsel for Defendants.

## PRE-FILING CONFERENCE

Counsel for Defendants certify that counsel for the moving party conferred with counsel for the Plaintiff on April 12, 2024, in a good faith effort regarding this Motion, and was advised by counsel for Plaintiffs that there is no objection to Defendants' counsel withdrawing on behalf of X Auto Import and Export only.

Dated: April 15, 2024.

                                          Respectfully submitted,

                                          EPGD ATTORNEYS AT LAW, P.A.
                                          *Attorneys for Defendants, X AUTO IMPORT AND EXPORT AND RAYAN DAZA*
                                          777 SW 37th Ave. Ste. 510
                                          Miami, FL 33135
                                          T: (786) 837-6787
                                          F: (305) 718-0687
                                          oscar@epgdlaw.com

                                          BY:  /s/ *Oscar A. Gomez*
                                                   OSCAR A. GOMEZ ESQ.

Florida Bar No.: 058680

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or via First Class U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

## SERVICE LIST

**Joshua E. Feygin**
Joshua Feygin, PLLC
1800 E. Hallandale Bch. Blvd.
#85293
Hallandale Beach, FL 33009
9542285674
9542285674 (fax)
josh@jfeyginesq.com

**Peter Sobota**
Sobota, P.L.
12555 Orange Drive Suite 215
Davie, FL 33330
954 668-2782
954 668-2783 (fax)
psobota@sobotalaw.com

Respectfully Submitted,

BY: /s/ *Oscar A. Gomez*
OSCAR A. GOMEZ ESQ.
Florida Bar No.: 058680