**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-CV-23223-RAR**

**JAMES H. WEAREN**, *et al.*,

Plaintiffs,

v.

**X AUTO IMPORT AND EXPORT CORP.**, *et al.*,

Defendants.

_____/

## FINAL DEFAULT JUDGMENT

**THIS CAUSE** comes before the Court on Plaintiffs' Motion for Default Final Judgment Against Rayan Daza ("Motion"), [ECF No. 74], and the Order Granting Plaintiffs' Motion for Final Default Judgment ("Order"), [ECF No. 80].  For the reasons stated in the Order, and pursuant to Rule 55 and Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED AND ADJUDGED** that judgment is hereby **ENTERED** in favor of Plaintiffs and against Defendant Rayan Daza as follows:

1.      Plaintiffs shall recover from Defendant the total sum of $38,375.84.

2.      This judgment shall bear interest at the rate prescribed by 28 U.S.C. section 1961 and shall be enforceable as prescribed by 28 U.S.C. sections 2001 *et seq.*; 28 U.S.C. sections 3001-3307; and Rule 69(a) of the Federal Rules of Civil Procedure.

3.      The Court retains jurisdiction over any post-judgment matter that may be raised pursuant to the Federal Rules of Civil Procedure and any motions that raise issues collateral to the Final Default Judgment.

4.      All pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 16th day of September, 2024.

_____

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**